## United States Bankruptcy Court
### Southern District of Texas

In re    **RAAM Global Energy Company**    ,           Case No. __15-35615__

           Debtor

                                                                   Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 1109382 ONTARIO INC.<br>ATTN: ROB SEGAL<br>98 FOREST HILL ROAD<br>TORONTO, ON M4V2L5 CANADA | Common Stock | 35.53 | Beneficial Ownership |
| 2004 BECK FAMILY TRUST<br>4330 OPAL CLIFF DRIVE<br>SANTA CRUZ, CA 95062 | Common Stock | 71.77 | Beneficial Ownership |
| A.P. GOLDEN, III<br>2204 NORTH SPRUCE STREET<br>LITTLE ROCK, AR 72207 | Common Stock | 29.31 | Beneficial Ownership |
| ADDISON FOSTER PETTIT<br>14 PIERREPOINT ST.<br>#3-F<br>BROOKLYN, NY 11201 | Common Stock | 36.13 | Beneficial Ownership |
| AHMED F. ABU KHADRA<br>BLDG. 23 AL HAMAZANI STREET, SULAIMANIA<br>RIYADH 11422<br>SAUDI ARABIA | Common Stock | 300 | Beneficial Ownership |
| ALBEMARLE FAMILY TRUST<br>444 MILLERSBURG ROAD<br>PARIS, KY 40361 | Common Stock | 226 | Beneficial Ownership |
| ALEXANDER BOS<br>2424 SAWYER HEIGHTS STREET<br>APT. 409<br>HOUSTON, TX 77007 | Common Stock | 2.41 | Beneficial Ownership |
| ALLIED BANK<br>ATTENTION: ALEX GOLDEN<br>311 MAIN STREET, DRAWER A<br>MULBERRY, AR 72947 | Common Stock | 88.75 | Beneficial Ownership |
| AMBROSE GIVENS<br>1365 COOPER DRIVE<br>LEXINGTON, KY 40502 | Common Stock | 350 | Beneficial Ownership |
| ANN L. ALDRIDGE REVOCABLE TRUST, DATED 28-Oct-09<br>110 SHADOW CREEK PATH<br>GEORGETOWN, KY 40324 | Common Stock | 275 | Beneficial Ownership |

__17__   continuation sheets attached to List of Equity Security Holders

In re  **RAAM Global Energy Company** ,                                    Case No.  **15-35615**
                                        Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ASHLEY MINGA<br>2002 HAVENHOUSE DRIVE<br>SPRING, TX 77386 | Common Stock | 2.07 | Beneficial Ownership |
| B & K INVESTMENTS, LLC<br>C/O WILLIAM F. BAHL<br>212 E. THIRD STREET<br>SUITE 200<br>CINCINNATI, OH 45202 | Common Stock | 233.33 | Beneficial Ownership |
| BARBARA THOMPSON<br>247 CALAIS AVENUE<br>GEORGETOWN, SC 29440 | Common Stock | 16.67 | Beneficial Ownership |
| BENJAMIN T. LEWRY<br>70 PARK AVENUE<br>MANCHESTER, NH 03104 | Common Stock | 2 | Beneficial Ownership |
| BERNARD COONS<br>411 WHISPERING MEADOW<br>MAGNOLIA, TX 77355 | Common Stock | 33.12 | Beneficial Ownership |
| BETTY ANN SCHAEFFER IRREVOCABLE TRUST,<br>STEPHANIE W. LEWRY, TRUSTEE<br>70 PARK AVENUE<br>MANCHESTER, NH 03104 | Common Stock | 50 | Beneficial Ownership |
| BLAKE CANTLEY<br>2216 ECLIPSE STREET<br>HOUSTON, TX 77018 | Common Stock | 36.22 | Beneficial Ownership |
| BOTHREE HOLDINGS LIMITED BVI<br>P.O. BOX 27050<br>SAFAT 13131<br>KUWAIT | Common Stock | 100 | Beneficial Ownership |
| BRADFORD A. GRAY REVOCABLE TRUST OF 1994<br>159 SAGAMORE AVENUE<br>UNIT 100<br>PORTSMOUTH, NH 03801 | Common Stock | 39.33 | Beneficial Ownership |
| BRIAN T. SCOTT IRREVOCABLE TRUST,<br>DATED 1991<br>T.M. LEWRY<br>741 CHESTNUT STREET<br>MANCHESTER, NH 03104 | Common Stock | 107.72 | Beneficial Ownership |
| BRUCE B. BOWEN & RENE B. BOWEN, TRUSTEES<br>THE BOWEN FAMILY TRUST U/A, 06/22/1994<br>2887 MOUNTAIN VIEW DRIVE<br>SALT LAKE CITY, UT 84109 | Common Stock | 98.79 | Beneficial Ownership |

Sheet __1__ of __17__ continuation sheets attached to the List of Equity Security Holders

In re **RAAM Global Energy Company**, Case No. **15-35615**
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| BRUCE WHITLEY<br>7901 STONERIDGE DRIVE<br>SUITE 528<br>PLEASANTON, CA 94588 | Common Stock | 23.88 | Beneficial Ownership |
| CAFFREY FAMILY LIMITED PARTNERSHIP<br>C/O P. RAPHAEL CAFFREY<br>172 GOOD HOPE ROAD<br>BLUFFTON, SC 29909 | Common Stock | 75.8 | Beneficial Ownership |
| CALVIN L. BAIRD JR.<br>2324 VEECHDALE ROAD<br>SIMPSONVILLE, KY 40067 | Common Stock | 100 | Beneficial Ownership |
| CARL R. VERCOLLONE<br>25 CERULEAN WAY<br>LINCOLN, MA 01773 | Common Stock | 271.2 | Beneficial Ownership |
| CAROLINE COMBS JOHNSON<br>111 WOODLAND AVENUE<br>#510<br>LEXINGTON, KY 40502 | Common Stock | 24.99 | Beneficial Ownership |
| CAROLYN L. MCCONNELL<br>1004 HOLLY WAY<br>LEXINGTON, KY 40515 | Common Stock | 225 | Beneficial Ownership |
| CARRIE ELIZABETH BARR<br>444 MILLERSBURG ROAD<br>PARIS, KY 40361 | Common Stock | 29 | Beneficial Ownership |
| CARY W. BARR<br>444 MILLERSBURG ROAD<br>PARIS, KY 40361 | Common Stock | 138 | Beneficial Ownership |
| CHARLES J. LISLE<br>P.O. BOX 3<br>LEXINGTON, KY 40588 | Common Stock | 25 | Beneficial Ownership |
| CHARLES SCHWAB & CO., FBO NANCY BARTLETT TRUST<br>9 WINTHROP STREET<br>CONCORD, NH 03301 | Common Stock | 60.14 | Beneficial Ownership |
| CINDY R. HIPSHER<br>2520 ISLAND POND ROAD<br>LEXINGTON, KY 40509 | Common Stock | 225 | Beneficial Ownership |
| CLAUDIA E. LEWRY<br>70 PARK AVENUE<br>MANCHESTER, NH 03104 | Common Stock | 2 | Beneficial Ownership |

Sheet **2** of **17** continuation sheets attached to the List of Equity Security Holders

In re   **RAAM Global Energy Company**                                                                    Case No.   **15-35615**
                                           Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CONSTANCE S. COLLIS & WILLIAM J. COLLIS, TENANTS IN COMMON**<br>**111 WOODLAND AVENUE**<br>**SUITE 801**<br>**LEXINGTON, KY 40502** | Common Stock | 522.92 | Beneficial Ownership |
| **CRAIG BENSON**<br>**ONE INFORMATION WAY**<br>**SUITE 400**<br>**LITTLE ROCK, AR 72202** | Common Stock | 80.53 | Beneficial Ownership |
| **DAVID A. DUFF**<br>**P.O. BOX 246**<br>**CHAVIES, KY 41727** | Common Stock | 406.8 | Beneficial Ownership |
| **DAVID A. SEAY**<br>**4801 MARSEILLES PLACE**<br>**METAIRIE, LA 70002** | Common Stock | 175 | Beneficial Ownership |
| **DAVID S. MCNAMEE**<br>**6503 EAGLE BROOK LANE**<br>**SPRING, TX 77379** | Common Stock | 30.67 | Beneficial Ownership |
| **DAVID T. LEWRY**<br>**70 PARK AVENUE**<br>**MANCHESTER, NH 03104** | Common Stock | 2 | Beneficial Ownership |
| **DAVID T. ZAKRZEWSKI**<br>**P.O. BOX 1788**<br>**NORTH LITTLE ROCK, AR 72115** | Common Stock | 7.1 | Beneficial Ownership |
| **DEBORAH T. MCMURRY**<br>**917 SOUTH MADISON STREET**<br>**COVINGTON, LA 70433** | Common Stock | 35 | Beneficial Ownership |
| **DENNIS B. TOWER & SUSAN TOWER, TRUSTEES, THE TOWER FAMILY TRUST DATED 4-12-1996**<br>**PMB 8217**<br>**P.O. BOX 8000**<br>**BLACK BUTTE RANCH, OR 97759** | Common Stock | 185 | Beneficial Ownership |
| **DLS CONSULTING**<br>**7301 PAGOSA COURT**<br>**BAKERSFIELD, CA 93309** | Common Stock | 22.5 | Beneficial Ownership |
| **DON K. POOLE REVOCABLE TRUST**<br>**1999 RICHMOND ROAD**<br>**SUITE 2-A**<br>**LEXINGTON, KY 40502** | Common Stock | 2,400.00 | Beneficial Ownership |

Sheet **3** of **17** continuation sheets attached to the List of Equity Security Holders

In re  **RAAM Global Energy Company**,                                         Case No.   **15-35615**
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DONALD AND MADELINE MEYER**<br>P.O. BOX 1920<br>WOLFEBORO, NH 03894 | Common Stock | 464 | Beneficial Ownership |
| **DONNA D. MILLS**<br>770 EAST WOODLAWN RANCH ROAD<br>HOUMA, LA 70363 | Common Stock | 50 | Beneficial Ownership |
| **DOUG SHERMAN**<br>10808 SPLIT STONE WAY<br>AUSTIN, TX 78739 | Common Stock | 14.2 | Beneficial Ownership |
| **EDWIN K. TURLINGTON**<br>2558 ROCKSIDE LANE<br>MARIETTA, GA 30066 | Common Stock | 24 | Beneficial Ownership |
| **ERIC B. SPILLMON**<br>414 WESTWOOD DRIVE<br>MANDEVILLE, LA 70471 | Common Stock | 125 | Beneficial Ownership |
| **ERIC D. AND LACIE M. HOOKS**<br>200 NEBRASKA DRIVE<br>LOWER BURRELL, PA 15068 | Common Stock | 161.58 | Beneficial Ownership |
| **ERIC R. ANDERSON**<br>920 BELMERE DRIVE<br>LEXINGTON, KY 40509 | Common Stock | 50 | Beneficial Ownership |
| **F. LEE HESS**<br>905 THE CURTILAGE<br>LEXINGTON, KY 40502 | Common Stock | 50 | Beneficial Ownership |
| **FREDRIC Z. HALLER**<br>2A DUNSTAN ROAD<br>LONDON NW11 8AA<br>UNITED KINGDOM | Common Stock | 100 | Beneficial Ownership |
| **G. G. & THREE DAUGHTERS, LLC**<br>ATTN: COSBY HODGES, MANAGER<br>5608 SOUTH 14TH STREET<br>FORT SMITH, AR 72901 | Common Stock | 27.29 | Beneficial Ownership |
| **GARY R. WALLACE M.D.**<br>795 LAKESHORE DRIVE<br>LEXINGTON, KY 40502 | Common Stock | 50 | Beneficial Ownership |
| **GEORGE D. POOLE III**<br>P.O. BOX 1598<br>WILLIAMSON, WV 25661 | Common Stock | 16.66 | Beneficial Ownership |

Sheet __4__ of __17__ continuation sheets attached to the List of Equity Security Holders

In re  **RAAM Global Energy Company**,    Case No. **15-35615**
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| GREENDALE ENTERPRISES BVI<br>C/O WAFA SHIHABI<br>P.O. BOX 27050<br>SAFAT 13131<br>KUWAIT | Common Stock | 200 | Beneficial Ownership |
| H. FOSTER PETTIT<br>316 WEST SECOND STREET<br>LEXINGTON, KY 40507 | Common Stock | 200 | Beneficial Ownership |
| HARRISON FOSTER PETTIT JR.<br>2305 N.E. CLACKAMAS STREET<br>PORTLAND, OR 97232 | Common Stock | 32.17 | Beneficial Ownership |
| HARRISON O. FRENCH III<br>206 SW 8TH STREET<br>SUITE 100<br>BENTONVILLE, AR 72712 | Common Stock | 42.59 | Beneficial Ownership |
| HARRY C. KELLY JR.<br>171 BUTTERMILK CIRCLE<br>UNIT #375<br>SKY VALLEY, GA 30527 | Common Stock | 100 | Beneficial Ownership |
| HARRY LOCKSTADT, M.D.<br>542 GINGERMILL LANE<br>LEXINGTON, KY 40509 | Common Stock | 50 | Beneficial Ownership |
| HEARTLAND BANK<br>F/K/A HEARTLAND COMMUNITY BANK<br>ONE INFORMATION WAY, SUITE 300<br>LITTLE ROCK, AR 72202 | Common Stock | 315.24 | Beneficial Ownership |
| HEATHER WILLEMS<br>320 JACKSON HILL STREET<br>APT. 378<br>HOUSTON, TX 77007 | Common Stock | 3.45 | Beneficial Ownership |
| HOWARD A. SETTLE<br>1537 BULL LEA ROAD<br>SUITE 200<br>LEXINGTON, KY 40511 | Common Stock | 28,834.56 | Beneficial Ownership |
| HOWARD W. SEIDLER<br>6860 NW 101 TERRACE<br>PARKLAND, FL 33076-2921 | Common Stock | 145.77 | Beneficial Ownership |
| HUSTON BARROW COMBS<br>111 WOODLAND AVENUE<br>#510<br>LEXINGTON, KY 40502 | Common Stock | 25 | Beneficial Ownership |

Sheet **5** of **17** continuation sheets attached to the List of Equity Security Holders

In re **RAAM Global Energy Company**, Case No. **15-35615**
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| J&M REAL ESTATE HOLDINGS LLC<br>ONE INFORMATION WAY<br>SUITE 400<br>LITTLE ROCK, AR 72202 | Common Stock | 19.59 | Beneficial Ownership |
| JAMES "ARCH" JONES<br>P.O. BOX 3944<br>BATESVILLE, AR 72503 | Common Stock | 7.1 | Beneficial Ownership |
| JAMES & DIANNE DRENNAN, TRUSTEES OF THE JAMES & DIANNE DRENNAN REVOCABLE TRUST DATED 4/17/01<br>2309 EAST HILLS DRIVE<br>BAKERSFIELD, CA 93306 | Common Stock | 37 | Beneficial Ownership |
| JAMES DUKE<br>1201 E. 25TH STREET<br>HOUSTON, TX 77009 | Common Stock | 5.17 | Beneficial Ownership |
| JAMES HUNTER EAST REVOCABLE TRUST<br>#1 WEST PALISADES DRIVE<br>LITTLE ROCK, AR 72207 | Common Stock | 114.19 | Beneficial Ownership |
| JAMES L. MOORE, JR. FAMILY TRUST U/A/D 2/26/1981, LEE MOORE, TRUSTEE<br>P.O. BOX 1788<br>FAYETTEVILLE, AR 72702 | Common Stock | 13.65 | Beneficial Ownership |
| JEFF T. CRAYCRAFT<br>4664 FRANKFORT ROAD<br>GEORGETOWN, KY 40324 | Common Stock | 600 | Beneficial Ownership |
| JENNIFER L. BONTRAGER<br>31851 FOREST PARK TRAIL<br>CONROE, TX 77385 | Common Stock | 0.52 | Beneficial Ownership |
| JEREMY FONTENOT<br>1035 W. 31 STREET<br>HOUSTON, TX 77018 | Common Stock | 9.49 | Beneficial Ownership |
| JEREMY GREENHALGH<br>THORP MANDEVILLE COURT<br>THORP MANDEVILLE<br>BANBURY<br>OXON OX17 2EY UNITED KINGDOM | Common Stock | 20 | Beneficial Ownership |
| JERRY SHEETS<br>15500 CUTTEN ROAD<br>APT. 807<br>HOUSTON, TX 77070 | Common Stock | 167.64 | Beneficial Ownership |

Sheet **6** of **17** continuation sheets attached to the List of Equity Security Holders

In re  **RAAM Global Energy Company**,   Case No. **15-35615**
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JESSICA RISIEN<br>13007 CHAVILE DRIVE<br>CYPRESS, TX 77429 | Common Stock | 1.03 | Beneficial Ownership |
| JIMMY W. WHITE<br>P.O. BOX 1788<br>NORTH LITTLE ROCK, AR 72115 | Common Stock | 13.65 | Beneficial Ownership |
| JJB HILLIARD WL LYONS LLC, CUSTODIAN FBO<br>WILLIAM F. BLACKBURN, III, IRA<br>C/O HILLIARD LYONS CUSTODIAN FBO<br>P.O. BOX 32760<br>LOUISVILLE, KY 40232 | Common Stock | 25 | Beneficial Ownership |
| JKL INVESTMENT PARTNERS, LLC<br>ONE INFORMATION WAY<br>SUITE 200<br>LITTLE ROCK, AR 72202 | Common Stock | 58.63 | Beneficial Ownership |
| JO JEAN PETTIT, TRUSTEE UNDER THE WILL OF WILLIAM PETTIT III<br>8100 EAST UNION AVENUE<br>#1607<br>DENVER, CO 80237 | Common Stock | 140 | Beneficial Ownership |
| JOAN M. GLASS, TRUSTEE U/T/A DATED AUGUST 31, 1992 FBO JAMES G GLASS<br>JOAN M. GLASS, TRUSTEE FBO<br>8190-A BEECHMONT AVENUE, SUITE 305<br>CINCINNATI, OH 45255 | Common Stock | 6.67 | Beneficial Ownership |
| JOAN M. GLASS, TRUSTEE U/T/A DATED AUGUST 31, 1992 FBO DEBORAH G. RIDGLEY<br>JOAN M. GLASS, TRUSTEE FBO<br>8326 WETHERFIELD LANE<br>CINCINNATI, OH 45236 | Common Stock | 6.67 | Beneficial Ownership |
| JOAN M. GLASS, TRUSTEE U/T/A DATED AUGUST 31, 1992 FBO MICHELLE G. SCHNIDER<br>JOAN M. GLASS, TRUSTEE FBO<br>8750 PIPEWELL LANE<br>CINCINNATI, OH 45243 | Common Stock | 6.67 | Beneficial Ownership |
| JOANNE W. NELSON<br>1095 TABORLAKE DRIVE<br>LEXINGTON, KY 40502 | Common Stock | 225 | Beneficial Ownership |
| JOHN L. MORAN & SHERRY R. MORAN REVOCABLE LIVING TRUST<br>PMB 3113-311 VILLAGE DRIVE<br>TAMARACK, ID 83615 | Common Stock | 240 | Beneficial Ownership |

Sheet __7__ of __17__ continuation sheets attached to the List of Equity Security Holders

In re **RAAM Global Energy Company**, Debtor

Case No. **15-35615**

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JOHN S. SAWYER<br>3209 LYON COURT<br>LEXINGTON, KY 40513 | Common Stock | 13.32 | Beneficial Ownership |
| JOHN SPRINGER<br>42 N. PLAYER MANOR CIRCLE<br>THE WOODLANDS, TX 77382 | Common Stock | 36.22 | Beneficial Ownership |
| JOHN W. GRAY, REVOCABLE TRUST OF 1994<br>U/D/T 12/16/1994<br>7 PATRIOTS WAY<br>RYE, NH 03870 | Common Stock | 82.71 | Beneficial Ownership |
| JON A. RICHARDS<br>5116 BURKE DRIVE<br>METAIRIE, LA 70003 | Common Stock | 125 | Beneficial Ownership |
| JONATHAN B. RUDNEY<br>2458 167TH STREET<br>FAIRFIELD, IA 52556 | Common Stock | 7,800.35 | Beneficial Ownership |
| JUDY LAWTON<br>3501 OAKWOOD ROAD<br>APT. 8<br>LITTLE ROCK, AR 72202 | Common Stock | 6.44 | Beneficial Ownership |
| JULIA C. BURCHARD INTER VIVOS TRUST,<br>JULIA C BURCHARD, TRUSTEE<br>111 N. HANOVER AVENUE<br>LEXINGTON, KY 40502 | Common Stock | 225 | Beneficial Ownership |
| KAREN A. BENOIT<br>202 PARKSIDE COURT<br>BELLE CHASSE, LA 70037 | Common Stock | 35 | Beneficial Ownership |
| KARIS LIETO<br>75-5660 KOPIKO STREET<br>SUITE C--7PMB340<br>KAILUA-KONA, HI 96740 | Common Stock | 18 | Beneficial Ownership |
| KATHRYN WARNECKE RYAN<br>819 SIESTA COVE<br>LEXINGTON, KY 40502 | Common Stock | 1.62 | Beneficial Ownership |
| KELLEY LIVING TRUST, DATED 11/17/11<br>421 MAGNOLIA LANE<br>MANDEVILLE, LA 70471 | Common Stock | 125 | Beneficial Ownership |
| KENNETH YOUNG<br>35 TWILIGHT GLEN<br>THE WOODLANDS, TX 77381 | Common Stock | 167.64 | Beneficial Ownership |

Sheet **8** of **17** continuation sheets attached to the List of Equity Security Holders

In re  **RAAM Global Energy Company**                          ,  Case No.   **15-35615**
                                  Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **KENTUCKIANA FARMS GENERAL PARTNERSHIP**<br>**C/O KENNETH JACKSON**<br>**1999 RICHMOND ROAD**<br>**SUITE 300**<br>**LEXINGTON, KY 40502** | Common Stock | 33.33 | Beneficial Ownership |
| **KEVIN CLARK**<br>**277 LARK LANE**<br>**ALAMO, CA 94507** | Common Stock | 323.32 | Beneficial Ownership |
| **KEVIN PRUITT**<br>**727 WEST CLADY**<br>**SPRING, TX 77386** | Common Stock | 4.14 | Beneficial Ownership |
| **KIMBERLY CLIFTON**<br>**3014 CLOVER TRACE DRIVE**<br>**SPRING, TX 77386** | Common Stock | 2.07 | Beneficial Ownership |
| **LARRY E. BOTTS**<br>**3015 E. LEESTOWN ROAD**<br>**MIDWAY, KY 40347** | Common Stock | 50 | Beneficial Ownership |
| **LAWCO RESOURCES, LLC**<br>**P.O. BOX 425**<br>**BENTONVILLE, AR 72712** | Common Stock | 477.44 | Beneficial Ownership |
| **LAWRENCE AND ELAINE COLE**<br>**P.O. BOX 54**<br>**PALERMO, ME 04354** | Common Stock | 206.8 | Beneficial Ownership |
| **LEE MARINE PRODUCTS, INC.**<br>**C/O LEE GUSSLER**<br>**5045 MAID MARION COURT**<br>**ASHLAND, KY 41101** | Common Stock | 13.34 | Beneficial Ownership |
| **LEON M. SMITH, JR.**<br>**103 TALISHEEK PLACE**<br>**MANDEVILLE, LA 70471** | Common Stock | 125 | Beneficial Ownership |
| **LESLIE G. TAYLOR**<br>**360 SWEET GRASS WAY**<br>**RICHMOND, KY 40475** | Common Stock | 10 | Beneficial Ownership |
| **LEWIS, JOHN**<br>**ROCK PLAZA**<br>**ONE INFORMATION WAY, SUITE 200**<br>**LITTLE ROCK, AR 72202** | Common Stock | 58.63 | Beneficial Ownership |
| **LEWRY 2012 EXEMPTION TRUST,**<br>**DATED 10/15/12**<br>**70 PARK AVENUE**<br>**MANCHESTER, NH 03104** | Common Stock | 324 | Beneficial Ownership |

Sheet   **9**   of   **17**   continuation sheets attached to the List of Equity Security Holders

In re  **RAAM Global Energy Company**,                                  Case No. **15-35615**
                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LINDA DILLARD**<br>19409 REDBEAM AVENUE<br>TORRANCE, CA 90503 | Common Stock | 161.59 | Beneficial Ownership |
| **MANCHESTER COMMUNITY MUSIC SCHOOL**<br>2291 ELM STREET<br>MANCHESTER, NH 03104 | Common Stock | 50 | Beneficial Ownership |
| **MARCEL DUPUIS**<br>12 SUNRISE BLVD.<br>HOOKSETT, NH 03106 | Common Stock | 30 | Beneficial Ownership |
| **MARK J. WOJNA**<br>204 HOLLYWOOD DRIVE<br>METAIRIE, LA 70005 | Common Stock | 450 | Beneficial Ownership |
| **MARK SASSELLA**<br>20938 KRANSBURG RIDGE DRIVE<br>PORTER, TX 77365 | Common Stock | 8.28 | Beneficial Ownership |
| **MARLA KRISTINE BLAIR**<br>129 CHERRY HILL DRIVE<br>GEORGETOWN, KY 40324 | Common Stock | 110 | Beneficial Ownership |
| **MARY E. SCOTT IRREVOCABLE TRUST, DATED 1991, T.M. LEWRY, TRUSTEE**<br>741 CHESTNUT STREET<br>MANCHESTER, NH 03104 | Common Stock | 107.73 | Beneficial Ownership |
| **MARY ELIZABETH NICKELS**<br>441 LAKESHORE DRIVE<br>LEXINGTON, KY 40502 | Common Stock | 16.67 | Beneficial Ownership |
| **MATTHEW HESTER**<br>9523 BAYOU LAKE LANE<br>HOUSTON, TX 77040 | Common Stock | 8.28 | Beneficial Ownership |
| **MICHAEL J. WILLIS**<br>1314 S. JAHNCKE AVENUE<br>COVINGTON, LA 70433 | Common Stock | 250 | Beneficial Ownership |
| **MICKEY L. SETTLE**<br>3132 ALTHORP WAY<br>LEXINGTON, KY 40509 | Common Stock | 908 | Beneficial Ownership |
| **MIKE KENT**<br>ONE INFORMATION WAY<br>SUITE 400<br>LITTLE ROCK, AR 72202 | Common Stock | 25.77 | Beneficial Ownership |

Sheet **10** of **17** continuation sheets attached to the List of Equity Security Holders

In re   **RAAM Global Energy Company**                    ,   Case No.   **15-35615**
                                   Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MIKE SULLIVAN<br>ONE INFORMATION WAY<br>SUITE 400<br>LITTLE ROCK, AR 72202 | Common Stock | 12.89 | Beneficial Ownership |
| MILDRED M. QUINN, TRUSTEE OF THE MILDRED QUINN REVOCABLE TRUST<br>ONE INFORMATION WAY<br>SUITE 400<br>LITTLE ROCK, AR 72202 | Common Stock | 128.86 | Beneficial Ownership |
| MILLENNIUM TRUST CO. LLC CUSTODIAN FBO<br>MAST RD GRAIN & BLDG MATERIALS INC PSP<br>XXXX5N344 MILLENNIUM TRUST CO. LLC CUSTO<br>2001 SPRING ROAD, SUITE 700<br>OAK BROOK, IL 60523 | Common Stock | 163.33 | Beneficial Ownership |
| MILLENNIUM TRUST COMPANY, LLC CUST. FBO<br>RICHARD D BARTLETT, IRA #XXXX75586<br>2001 SPRING ROAD<br>SUITE 700<br>OAK BROOK, IL 60523 | Common Stock | 203.79 | Beneficial Ownership |
| MILLENNIUM TRUST COMPANY, LLC CUST. FBO<br>STUART BROGADIR, IRA #XXXX149U5<br>2001 SPRING ROAD<br>Suite 700<br>OAK BROOK, IL 60523 | Common Stock | 62 | Beneficial Ownership |
| MILLENNIUM TRUST COMPANY, LLC CUST. FBO<br>THOMAS M. LEWRY, ROTH/IRA #XXXX62ZN3<br>201 SPRING STREET<br>SUITE 700<br>OAK BROOK, IL 60523 | Common Stock | 255.53 | Beneficial Ownership |
| MILLY ANN STEWART<br>4200 LAWRENCEBURG ROAD<br>FRANKFORT, KY 40601 | Common Stock | 50 | Beneficial Ownership |
| MONICA LYNN SUETHOLZ<br>3868 LANDRIDGE DRIVE<br>LEXINGTON, KY 40514 | Common Stock | 110 | Beneficial Ownership |
| N. GREGORY PETTIT<br>704 WEST SHORT STREET<br>LEXINGTON, KY 40508 | Common Stock | 26.17 | Beneficial Ownership |
| NAHALAH HOLDINGS, LLC<br>3000 F DANVILLE BLVD.<br>#542<br>ALAMO, CA 94507 | Common Stock | 358.85 | Beneficial Ownership |

Sheet   **11**   of   **17**   continuation sheets attached to the List of Equity Security Holders

In re  **RAAM Global Energy Company**                                    ,   Case No.   **15-35615**
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **NICHOLAS R. GLANCY**<br>**1415 GRIERS CREEK ROAD**<br>**VERSAILLES, KY 40383** | **Common Stock** | **13.32** | **Beneficial Ownership** |
| **OBLR LLC**<br>**2212 N. SPRUCE**<br>**LITTLE ROCK, AR 72207** | **Common Stock** | **25.66** | **Beneficial Ownership** |
| **PACSEIS, INC.**<br>**5400 ROSEDALE HIGHWAY**<br>**BAKERSFIELD, CA 93308** | **Common Stock** | **22.5** | **Beneficial Ownership** |
| **PAIGE D. LEE**<br>**70 SHADY LANE**<br>**SLIDELL, LA 70461** | **Common Stock** | **50** | **Beneficial Ownership** |
| **PATRICIA HENDERSON**<br>**2115 N. ARTHUR**<br>**LITTLE ROCK, AR 72207** | **Common Stock** | **20.58** | **Beneficial Ownership** |
| **PATTY W. GREER**<br>**328 SPRING VALLEY LANE**<br>**LEXINGTON, KY 40511** | **Common Stock** | **25** | **Beneficial Ownership** |
| **PAUL VAGIS**<br>**2 TIMBERWOOD LANE**<br>**CONROE, TX 77384** | **Common Stock** | **5.17** | **Beneficial Ownership** |
| **PAUL W MAHAN TRUST, DATED 9/28/1993,**<br>**PAUL W MAHAN, TRUSTEE**<br>**1202 MELISSA DRIVE**<br>**BENTONVILLE, AR 72712** | **Common Stock** | **14.25** | **Beneficial Ownership** |
| **PHIL THOMAS**<br>**ONE INFORMATION WAY**<br>**SUITE 400**<br>**LITTLE ROCK, AR 72202** | **Common Stock** | **25.77** | **Beneficial Ownership** |
| **PHILLIP CHERRY**<br>**11445 CONIFER RIDGE DRIVE**<br>**CONIFER, CO 80433** | **Common Stock** | **9.31** | **Beneficial Ownership** |
| **QUINN INVESTMENTS, LIMITED PARTNERSHIP**<br>**ONE INFORMATION WAY**<br>**SUITE 400**<br>**LITTLE ROCK, AR 72202** | **Common Stock** | **1,083.88** | **Beneficial Ownership** |
| **RENEE RICHARDS**<br>**571 PARK STREET**<br>**TEHACHAPI, CA 93561** | **Common Stock** | **1.52** | **Beneficial Ownership** |

Sheet   **12**   of   **17**   continuation sheets attached to the List of Equity Security Holders

In re  **RAAM Global Energy Company**,    Case No. **15-35615**
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| RICARDO VASQUEZ<br>16726 CREEKVIEW LANE<br>CYPRESS, TX 77429 | Common Stock | 41.9 | Beneficial Ownership |
| RICHARD A. WARWICK<br>505 BASTROP STREET<br>#410<br>HOUSTON, TX 77003 | Common Stock | 125 | Beneficial Ownership |
| RICHARD D. OLIVER<br>8755 CAMARGO CLUB DR<br>CINCINNATI, OH 45243 | Common Stock | 50 | Beneficial Ownership |
| RICHARD J. REYNOLDS<br>504 TEXAS STREET<br>SUITE 200<br>SHREVEPORT, LA 71101 | Common Stock | 9.07 | Beneficial Ownership |
| RICHARD L. MAHAN TRUST, DATED 12/01/2000<br>RICHARD L. MAHAN, TRUSTEE<br>1202 MELISSA DRIVE<br>BENTONVILLE, AR 72712 | Common Stock | 42.59 | Beneficial Ownership |
| RICHARD P. DUPUIS REVOCABLE TRUST<br>40 LONG POND ROAD<br>DUNBARTON, NH 03045 | Common Stock | 30 | Beneficial Ownership |
| RICK LAWRENCE<br>9810 SENDERA DRIVE<br>MAGNOLIA, TX 77354 | Common Stock | 1.72 | Beneficial Ownership |
| ROBERT AND LYNDA CONNAUGHTON<br>102 DEN QUARRY ROAD<br>LYNN, MA 01904 | Common Stock | 135.6 | Beneficial Ownership |
| ROBERT DANIEL BARR<br>444 MILLERSBURG ROAD<br>PARIS, KY 40361 | Common Stock | 57 | Beneficial Ownership |
| ROBERT E. FOX<br>1405 MEAGANWOOD CIRCLE<br>LEXINGTON, KY 40502 | Common Stock | 150 | Beneficial Ownership |
| ROBERT L POLLARD, JR., TRUSTEE UNDER TRUST AGREEMENT 2/18/08<br>1925 HART ROAD<br>LEXINGTON, KY 40502 | Common Stock | 166.66 | Beneficial Ownership |
| ROBERT M. ROONEY<br>233 ORION AVENUE<br>METAIRIE, LA 70005 | Common Stock | 25 | Beneficial Ownership |

Sheet **13** of **17** continuation sheets attached to the List of Equity Security Holders

In re  **RAAM Global Energy Company**                                ,        Case No.  **15-35615**
                                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ROBERT M. SCOTT IRREVOCABLE TRUST, DATED 1991<br>T.M. LEWRY, TRUSTEE<br>741 CHESTNUT STREET<br>MANCHESTER, NH 03104 | Common Stock | 107.72 | Beneficial Ownership |
| ROBIN P. SEALE, TRUSTEE UNDER TRUST AGREEMENT 2/18/08<br>2132 LAKESIDE COURT<br>LEXINGTON, KY 40502 | Common Stock | 166.67 | Beneficial Ownership |
| ROGER CRAIG ALDRIDGE<br>6304 GRAND HARBOR DRIVE<br>HIXSON, TN 37343 | Common Stock | 105 | Beneficial Ownership |
| ROGER M. DALTON<br>2510 TOP HILL ROAD<br>LOUISVILLE, KY 40206 | Common Stock | 50 | Beneficial Ownership |
| ROSSIE PETTIT DAVAN<br>18151 E. CRESTRIDGE DRIVE<br>AURORA, CO 80015 | Common Stock | 36.12 | Beneficial Ownership |
| SALLY BREWER<br>ONE INFORMATION WAY<br>SUITE 400<br>LITTLE ROCK, AR 72202 | Common Stock | 49.04 | Beneficial Ownership |
| SAMUEL HARMS<br>26 SWEETDREAM PLACE<br>THE WOODLANDS, TX 77381 | Common Stock | 7.76 | Beneficial Ownership |
| SCOTT ALLISON<br>ONE INFORMATION WAY<br>SUITE 400<br>LITTLE ROCK, AR 72202 | Common Stock | 3.92 | Beneficial Ownership |
| SEREV INV LP #15-7150<br>EI # 31-1580180<br>C/O US BANK, AGENT<br>P.O. BOX 1118, #CN-OH-W7PT<br>CINCINNATI, OH 45201-1118 | Common Stock | 183.33 | Beneficial Ownership |
| SHEILA E. BECK<br>209 WIND HAVEN DRIVE<br>NICHOLASVILLE, KY 40356 | Common Stock | 125 | Beneficial Ownership |
| SKROKE, LLC<br>1104 N. JACKSON<br>LITTLE ROCK, AR 72205 | Common Stock | 2.5 | Beneficial Ownership |

Sheet  **14**  of  **17**  continuation sheets attached to the List of Equity Security Holders

In re  **RAAM Global Energy Company**                              ,   Case No.   **15-35615**
                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **STACEY B. LOBRE**<br>**496 GEORGE FORD ROAD**<br>**CARRIERE, MS 39426** | Common Stock | 35 | Beneficial Ownership |
| **STEPHANIE W. LEWRY**<br>**70 PARK AVENUE**<br>**MANCHESTER, NH 03104** | Common Stock | 50 | Beneficial Ownership |
| **STEPHANIE W. LEWRY REVOCABLE TRUST DATED**<br>**MAY 14, 1992, AMENDED APRIL 17, 2002,**<br>**STEPHANIE W. LEWRY, TRUSTEE**<br>**70 PARK AVENUE**<br>**MANCHESTER, NH 03104** | Common Stock | 800 | Beneficial Ownership |
| **STEPHEN & JEANNE E. WISNIEWSKI REVOCABLE LIVING TRUST**<br>**36 EL ALAMO COURT**<br>**DANVILLE, CA 94526** | Common Stock | 21.32 | Beneficial Ownership |
| **STEPHEN DAVIS PETTIT**<br>**19117 BELGIAN LAKE ROAD**<br>**PEMBINE, WI 54156** | Common Stock | 36.12 | Beneficial Ownership |
| **STEVEN PARKS**<br>**5321 THREE SISTERS CIRCLE**<br>**EVERGREEN, CO 80439** | Common Stock | 50 | Beneficial Ownership |
| **STEVEN SABRIER**<br>**3422 49TH STREET**<br>**METAIRIE, LA 70001** | Common Stock | 125 | Beneficial Ownership |
| **THE KINGDOM TRUST COMPANY, CUST., FBO WILLIAM E LENKAITIS IRA**<br>**P.O. BOX 870**<br>**MURRAY, KY 42071** | Common Stock | 100 | Beneficial Ownership |
| **THE VON GREMP FAMILY TRUST, DATED 1/31/2007, JAMES A. VON GREMP, TRUSTEE**<br>**55 CHAMPION BOULEVARD**<br>**ROGERS, AR 72758** | Common Stock | 28.39 | Beneficial Ownership |
| **THOMAS C BERGEON**<br>**636 MEURSAULT DRIVE**<br>**KENNER, LA 70065** | Common Stock | 125 | Beneficial Ownership |
| **THOMAS M. LEWRY**<br>**741 CHESTNUT STREET**<br>**MANCHESTER, NH 03104** | Common Stock | 2 | Beneficial Ownership |

Sheet **15** of **17** continuation sheets attached to the List of Equity Security Holders

In re  **RAAM Global Energy Company**,                                       Case No. __**15-35615**__
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **THOMAS M. LEWRY AND BENJAMIN T. LEWRY, TRUSTEES OF THE BENJAMIN T. LEWRY TRUST**<br>**70 PARK AVENUE**<br>**MANCHESTER, NH 03104** | **Common Stock** | **50** | **Beneficial Ownership** |
| **THOMAS M. LEWRY AND CLAUDIA T. LEWRY, TRUSTEES OF THE CLAUDIA T. LEWRY TRUST**<br>**70 PARK AVENUE**<br>**MANCHESTER, NH 03104** | **Common Stock** | **50** | **Beneficial Ownership** |
| **THOMAS M. LEWRY AND DAVID T. LEWRY, TRUSTEES OF THE DAVID T. LEWRY TRUST**<br>**70 PARK AVENUE**<br>**MANCHESTER, NH 03104** | **Common Stock** | **50** | **Beneficial Ownership** |
| **THOMAS R. PADGETT & NELIA C. PADGETT**<br>**1811 ST. IVES CIRCLE**<br>**LEXINGTON, KY 40502** | **Common Stock** | **50** | **Beneficial Ownership** |
| **THOMAS S. CASSELL**<br>**1333 W. DEVON AVENUE**<br>**#430**<br>**CHICAGO, IL 60660** | **Common Stock** | **25** | **Beneficial Ownership** |
| **TODD WEINBERG**<br>**225 RUTHERFORD DRIVE**<br>**DANVILLE, CA 94526** | **Common Stock** | **111.28** | **Beneficial Ownership** |
| **TRINA WILLIQUETTE**<br>**25538 MILL POND LANE**<br>**SPRING, TX 77373** | **Common Stock** | **2.76** | **Beneficial Ownership** |
| **VANMETER PETTIT**<br>**155 CONSTITUTION STREET**<br>**LEXINGTON, KY 40507** | **Common Stock** | **1.17** | **Beneficial Ownership** |
| **W. KIRK BOSCHE**<br>**14619 CAROLS WAY**<br>**HOUSTON, TX 77070** | **Common Stock** | **161** | **Beneficial Ownership** |
| **WALCHEK INTEGRITY, L.P.**<br>**ATTN: SCOTT WALCHEK**<br>**605 BIRCHWOOD COURT**<br>**DANVILLE, CA 94506** | **Common Stock** | **670.43** | **Beneficial Ownership** |
| **WALID A. HASHEM**<br>**ROTANA HOLDING CO.**<br>**KINGDOM TOWER - P.O. BOX 2**<br>**RIYADH 11321**<br>**SAUDI ARABIA** | **Common Stock** | **100** | **Beneficial Ownership** |

Sheet __**16**__ of __**17**__ continuation sheets attached to the List of Equity Security Holders

In re  **RAAM Global Energy Company**                                           ,          Case No.  **15-35615**
                                        Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **WALLACE SCOTT DAVIS REVOCABLE TRUST**<br>C/O WALLACE SCOTT DAVIS, TRUSTEE<br>7 SUNSET DRIVE<br>LITTLE ROCK, AR 72207 | Common Stock | 24.24 | Beneficial Ownership |
| **WANDA HENRY**<br>28737 WAIKIKI LANE<br>MONTGOMERY, TX 77356 | Common Stock | 1.21 | Beneficial Ownership |
| **WILFRID G. POIRIER**<br>437 WINNACUNNET ROAD<br>HAMPTON, NH 03842 | Common Stock | 403.4 | Beneficial Ownership |
| **WILLIAM A COMBS JR.**<br>111 WOODLAND AVENUE #510<br>LEXINGTON, KY 40502 | Common Stock | 1,000 | Beneficial Ownership |
| **WILLIAM B. GESS, III**<br>1810 BON AIR DRIVE<br>LEXINGTON, KY 40502 | Common Stock | 45 | Beneficial Ownership |
| **WILLIAM DOWNS PETTIT**<br>25601 EAST 2ND PLACE<br>AURORA, CO 80018 | Common Stock | 36.12 | Beneficial Ownership |
| **WILLIAM F. BLACKBURN, III**<br>2472 ARISTOCRACY CIRCLE<br>LEXINGTON, KY 40509 | Common Stock | 75.6 | Beneficial Ownership |
| **WILLIAM R. HILLIARD JR.**<br>1265 HUGHES LANE<br>LEXINGTON, KY 40511 | Common Stock | 50 | Beneficial Ownership |
| **WILLIAM SANFORD BARR**<br>444 MILLERSBURG ROAD<br>PARIS, KY 40361 | Common Stock | 57 | Beneficial Ownership |
| **WILLIAM T. VENNES**<br>1583 NEWTOWN PIKE<br>GEORGETOWN, KY 40324 | Common Stock | 100 | Beneficial Ownership |
| **YONSHIN WILLIS**<br>54 HUMMINGBIRD ROAD<br>COVINGTON, LA 70433 | Common Stock | 250 | Beneficial Ownership |
| **YORK PRIVATE EQUITY LLC**<br>ATTN: GREG HENRY, MANAGER<br>1301 S. CAPITAL OF TEXAS HWY<br>SUITE B-201<br>AUSTIN, TX 78746 | Common Stock | 14.2 | Beneficial Ownership |

Sheet **17** of **17** continuation sheets attached to the List of Equity Security Holders

In re   **RAAM Global Energy Company**,   Case No.   **15-35615**
          Debtor

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 26, 2015**          Signature   **/s/ James R. Latimer**
                                               **James R. Latimer**
                                               **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.