# United States Bankruptcy Court
## Southern District of Texas

In re  **RAAM Global Energy Company**                                    Case No.  **15-35615**
                            Debtor(s)                                     Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **RAAM Global Energy Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 26, 2015**                             /s/ **Bradley R. Foxman**
Date                                            **Bradley R. Foxman   24065243**
                                                Signature of Attorney or Litigant
                                                Counsel for   **RAAM Global Energy Company**
                                                **Vinson & Elkins LLP**
                                                **2001 Ross Avenue, Suite 3700**
                                                **Dallas, TX 75201**
                                                **214-220-7700 Fax:214-220-7716**