IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RAAM GLOBAL ENERGY COMPANY, *et al.* | § § § | CASE NO. 15-35615 |
| | § | **(Chapter 11)** |
| | § | **(Joint Administration Requested)** |
| DEBTORS. | § | |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 50 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the 50 largest unsecured claims against the above-captioned debtors (collectively, the "Debtors")[1] that have simultaneously commenced chapter 11 cases in this Court (collectively, the "Cases"). This list has been prepared on a consolidated basis from the Debtors' unaudited books and records. The list reflects amounts from the Debtors' books and records as of October 26, 2015 and has been prepared in accordance with FED. R. BANKR. P. 1007(d) for filing in the Cases.[2]

The information herein shall not constitute an admission of liability by, nor is it binding on, any of the Debtors. Moreover, nothing herein shall affect any Debtors' right to challenge the amount or characterization of any claim at a later date.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim[if secured also state value of security) |
|---|---|---|---|---|
| MONTCO OILFIELD CONTRACTORS LLC PO BOX 850 GALLIANO, LA  70354 | MONTCO OILFIELD CONTRACTORS LLC PO BOX 850 GALLIANO, LA  70354 Phone: 985-325-7157 | TRADE | | $852,967.98 |
| AQUEOS CORPORATION 101 MILLSTONE ROAD BROUSSARD, LA  70518 | AQUEOS CORPORATION 101 MILLSTONE ROAD BROUSSARD, LA  70518 Phone: 337-714-0033 Fax: 337-839-8354 | TRADE | | $364,110.80 |

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): RAAM Global Energy Company [2973], Century Exploration New Orleans, LLC [4948], Century Exploration Houston, LLC [9624], and Century Exploration Resources, LLC [7252].

[2] The list does not include persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or secured creditors who may hold unsecured deficiency claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim[if secured also state value of security) |
|---|---|---|---|---|
| ISLAND OPERATING COMPANY, INC<br>LOCK BOX<br>PO BOX 27783<br>HOUSTON, TX  77227-7783 | ISLAND OPERATING COMPANY, INC<br>LOCK BOX<br>PO BOX 27783<br>HOUSTON, TX  77227-7783<br>Phone: (337) 233-9594<br>Fax: (337) 235-9657 | TRADE | | $274,031.45 |
| SEACOR LIFTBOATS, LLC<br>DEPT 3288<br>PO BOX 123288<br>DALLAS, TX  75312-3288 | SEACOR LIFTBOATS, LLC<br>DEPT 3288<br>PO BOX 123288<br>DALLAS, TX  75312-3288<br>Phone: 985-876-5400<br>Fax: 985-858-6439 | TRADE | | $175,730.00 |
| DISHMAN & BENNETT SPECIALY CO., INC<br>PO BOX 287<br>HOUMA, LA  70361 | DISHMAN & BENNETT SPECIALY CO., INC<br>PO BOX 287<br>HOUMA, LA  70361<br>Phone: 985-868-4540<br>Fax: 985-868-4822 | | | $124,094.00 |
| EXTERRAN PARTNERS<br>PO BOX 201160<br>DALLAS, TX  75320-1160 | EXTERRAN PARTNERS<br>PO BOX 201160<br>DALLAS, TX  75320-1160<br>Phone: 281-836-7000<br>Fax: 281-931-9638 | TRADE | | $100,806.45 |
| MERIT OILFIELD SERVICES<br>PO BOX 244<br>HUMBLE, TX  77347 | MERIT OILFIELD SERVICES<br>PO BOX 244<br>HUMBLE, TX  77347<br>Phone: 409-994-5857<br>Fax: 409-994-5081 | TRADE | | $91,129.03 |
| ANTHEM BLUE CROSS & BLUE SHIELD<br>PO BOX 105124<br>ATLANTA, GA  30348-5124 | ANTHEM BLUE CROSS & BLUE SHIELD<br>PO BOX 105124<br>ATLANTA, GA  30348-5124 | INSURANCE | | $83,919.18 |
| REC MARINE LOGISTICS, LLC<br>PO BOX 774<br>GALLIANO, LA  70354 | REC MARINE LOGISTICS, LLC<br>PO BOX 774<br>GALLIANO, LA  70354<br>Phone: 985-325-3366<br>Fax: 985-325-3368 | TRADE | | $71,366.00 |
| INLAND SERVICES, INC.<br>4065 BAYOU BLACK DRIVE<br>HOUMA, LA  70360 | INLAND SERVICES, INC.<br>4065 BAYOU BLACK DRIVE<br>HOUMA, LA  70360<br>Phone: 985-873-8850 | TRADE | | $64,516.13 |
| AXIP ENERGY SERVICES, LP<br>JULIE GLASS<br>PO BOX 732170<br>DALLAS, TX  75373-2170 | AXIP ENERGY SERVICES, LP<br>JULIE GLASS<br>PO BOX 732170<br>DALLAS, TX  75373-2170<br>Phone: 832-900-9847<br>Email: jglass@axip.com | TRADE | | $62,427.77 |
| AQUA-TECH SERVICES, LLC<br>115 NOVA DRIVE<br>BROUSSARD, LA  70518 | AQUA-TECH SERVICES, LLC<br>115 NOVA DRIVE<br>BROUSSARD, LA  70518<br>Phone: 337-837-3999 | TRADE | | $61,544.00 |

**CONSOLIDATED LIST OF CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS**
US 3417289v.1                                                                                                              **Page 2 of 8**

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim[if secured also state value of security) |
|---|---|---|---|---|
| SHELF WORKBOATS, LLC<br>PO BOX 1421<br>GALLIANO, LA  70354 | SHELF WORKBOATS, LLC<br>PO BOX 1421<br>GALLIANO, LA  70354<br>Phone: 985-860-0763<br>Fax: 985-325-2697<br>Email: shelfworkboats@yahoo.com | TRADE | | $60,483.87 |
| TETRA TECHNOLOGIES, INC<br>PO BOX 841185<br>DALLAS, TX  75284-1185 | TETRA TECHNOLOGIES, INC<br>PO BOX 841185<br>DALLAS, TX  75284-1185<br>Phone: (281) 364-2244 | TRADE | | $56,320.00 |
| OFFSHORE MARINE CONTRACTORS, INC<br>PO BOX 591<br>BELLE CHASSE, LA  70037 | OFFSHORE MARINE CONTRACTORS, INC<br>PO BOX 591<br>BELLE CHASSE, LA  70037<br>Phone: 985-632-7927<br>Fax: 985-632-3704 | TRADE | | $51,300.00 |
| CACTUS WELLHEAD, LLC<br>DEPT 161<br>PO BOX 4346<br>HOUSTON, TX  77210-4346 | CACTUS WELLHEAD, LLC<br>DEPT 161<br>PO BOX 4346<br>HOUSTON, TX  77210-4346<br>Phone: 713-626-8800<br>Fax: 713-439-0411<br>Email: info@cactuswellhead.com | TRADE | | $49,215.00 |
| XCHEM, LLC<br>PO BOX 971433<br>DALLAS, TX  75397-1433 | XCHEM, LLC<br>PO BOX 971433<br>DALLAS, TX  75397-1433<br>Phone: 855-829-0001<br>Fax: 972-721-6700<br>Email: contact@x-chem.com | TRADE | | $48,387.10 |
| GULF WELLS, INC.<br>PO BOX 549 HWY 23<br>BELLE CHASSE, LA  70037 | GULF WELLS, INC.<br>PO BOX 549 HWY 23<br>BELLE CHASSE, LA  70037<br>Phone: (888) 657-5075<br>Fax: (985) 657-6132 | TRADE | | $42,025.00 |
| JOHN W STONE OIL DISTRIBUTER, LLC<br>DEPT 322<br>PO BOX 4869<br>HOUSTON, TX  77210-4869 | JOHN W STONE OIL DISTRIBUTER, LLC<br>DEPT 322<br>PO BOX 4869<br>HOUSTON, TX  77210-4869<br>Phone: 504-366-3401 | TRADE | | $40,322.58 |
| CARDINAL COIL TUBING, LLC<br>PO BOX 12140<br>NEW IBERIA, LA  70562 | CARDINAL COIL TUBING, LLC<br>PO BOX 12140<br>NEW IBERIA, LA  70562<br>Phone: 337-364-0898 | TRADE | | $36,653.35 |
| PREMIUM OILFIELD SERVICES, LLC<br>PO BOX 203763<br>DALLAS, TX  75320-3763 | PREMIUM OILFIELD SERVICES, LLC<br>PO BOX 203763<br>DALLAS, TX  75320-3763<br>Phone: 337-857-5788 | TRADE | | $36,545.20 |

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim[if secured also state value of security) |
|---|---|---|---|---|
| QUALITY ENERGY SERVICES<br>PO BOX 3190<br>HOUMA, LA  70361-3190 | QUALITY ENERGY SERVICES<br>PO BOX 3190<br>HOUMA, LA  70361-3190<br>Phone: (985) 851-1980<br>Fax: (985) 868-7759 | TRADE | | $36,290.32 |
| NEO PRODUCTS, LLC<br>PO BOX 23606<br>NEW ORLEANS, LA  70183-0606 | NEO PRODUCTS, LLC<br>PO BOX 23606<br>NEW ORLEANS, LA  70183-0606<br>Phone: 504-731-1011 | TRADE | | $34,000.00 |
| TARPON RENTALS, INC<br>PO BOX 9023<br>HOUMA, LA  70361 | TARPON RENTALS, INC<br>PO BOX 9023<br>HOUMA, LA  70361<br>Phone: (985) 872-1960<br>Fax: 985-868-2960 | TRADE | | $32,000.00 |
| BROADWALL MGMT CORP /LAKEWAY<br>LAKEWAY ASSOCIATES LLC<br>PO BOX 60002<br>NEW ORLEANS, LA  70160 | BROADWALL MGMT CORP /LAKEWAY<br>LAKEWAY ASSOCIATES LLC<br>PO BOX 60002<br>NEW ORLEANS, LA  70160<br>Phone: 504-219-5858<br>Fax: 504-219-5858 | TRADE | | $29,377.61 |
| PRIME TANK, L L C<br>1253 PETROLEUM PARKWAY<br>BROUSSARD, LA  70518 | PRIME TANK, L L C<br>1253 PETROLEUM PARKWAY<br>BROUSSARD, LA  70518<br>Phone: 337-837-8000<br>Fax: 37-256-8861 | | | $28,428.00 |
| AMC LIFTBOATS, INC<br>PO BOX 785<br>GOLDEN MEADOW, LA  70357 | AMC LIFTBOATS, INC<br>PO BOX 785<br>GOLDEN MEADOW, LA  70357 | TRADE | | $28,225.81 |
| BLANCHARD CONTRACTORS,INC.<br>15444 HWY 3235 PO BOX 884<br>CUT OFF, LA  70345 | BLANCHARD CONTRACTORS,INC.<br>15444 HWY 3235 PO BOX 884<br>CUT OFF, LA  70345<br>Phone: 985-325-3941<br>Fax: 985-325-3944 | TRADE | | $28,064.52 |
| SUPERIOR VACUUM SERVICE, LLC<br>1772 HWY 105 E<br>CLEVELAND, TX  77327 | SUPERIOR VACUUM SERVICE, LLC<br>1772 HWY 105 E<br>CLEVELAND, TX  77327<br>Phone: 936-298-3246<br>Fax: 936-298-2505 | TRADE | | $26,370.97 |
| UNITED FIRE & SAFETY, LLC<br>C/O MIDSOUTH BANK<br>PO BOX 3742<br>LAFAYETTE, LA  70502 | UNITED FIRE & SAFETY, LLC<br>C/O MIDSOUTH BANK<br>PO BOX 3742<br>LAFAYETTE, LA  70502<br>Phone: 337-593-3117<br>Fax: 337-593-3275 | TRADE | | $24,193.55 |
| TIGER TANKS, INC<br>3397 EDISON HWY<br>BAKERSFIELD, CA  93307-2234 | TIGER TANKS, INC<br>3397 EDISON HWY<br>BAKERSFIELD, CA  93307-2234<br>Phone: 661-363-8335 | | | $24,193.55 |

**CONSOLIDATED LIST OF CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS**
US 3417289v.1                                                                                                                            **Page 4 of 8**

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim[if secured also state value of security) |
|---|---|---|---|---|
| CDM RESOURCE MANAGEMENT, LLC<br>PO BOX 205802<br>DALLAS, TX  75320-5802 | CDM RESOURCE MANAGEMENT, LLC<br>PO BOX 205802<br>DALLAS, TX  75320-5802<br>Phone: 281-376-2980<br>Fax: 281-376-0717<br>Email: cdmbilling@cdmrm.com | TRADE | | $20,737.90 |
| UNITED CONTROL SYSTEMS<br>115 NORMAN DR<br>LAFAYETTE, LA  70501 | UNITED CONTROL SYSTEMS<br>115 NORMAN DR<br>LAFAYETTE, LA  70501<br>Phone: (337) 234-9792<br>Fax: (337) 232-6673 | TRADE | | $20,161.29 |
| MIKE BAXTER<br>PO BOX 1883<br>BUNA, TX  77612 | MIKE BAXTER<br>PO BOX 1883<br>BUNA, TX  77612<br>Phone: 409-994-2942<br>Fax: 409-994-2942 | CONSULTANT | | $20,161.29 |
| ALTEC , INC<br>619 EAST SECOND STREET<br>BROUSSARD, LA  70518 | ALTEC , INC<br>619 EAST SECOND STREET<br>BROUSSARD, LA  70518<br>Phone: 337-837-6030<br>Fax: 337-837-4098 | TRADE | | $16,129.03 |
| API CONTROL SYSTEM SOLUTIONS, INC<br>PO BOX 3012<br>LAFAYETTE, LA  70502-3012 | API CONTROL SYSTEM SOLUTIONS, INC<br>PO BOX 3012<br>LAFAYETTE, LA  70502-3012<br>Phone: (337) 896-9090<br>Fax: (337) 896-9004 | TRADE | | $16,129.03 |
| IHS GLOBAL, INC<br>PO BOX 847193<br>DALLAS, TX  75284-7193 | IHS GLOBAL, INC<br>PO BOX 847193<br>DALLAS, TX  75284-7193 | EXECUTORY CONTRACT PARTY | | $16,000.00 |
| UNITED VISION LOGISITICS<br>PO BOX 975357<br>DALLAS, TX  75397-5356 | UNITED VISION LOGISITICS<br>PO BOX 975357<br>DALLAS, TX  75397-5356<br>Phone: 337-291-6700 | TRADE | | $14,797.00 |
| STOKES & SPIEHLER ONSHORE, INC<br>PO BOX 52006<br>LAFAYETTE, LA  70505 | STOKES & SPIEHLER ONSHORE, INC<br>PO BOX 52006<br>LAFAYETTE, LA  70505<br>Phone: (337) 233-6871<br>Fax: (337) 233-7198 | TRADE | | $13,000.00 |
| PELICAN ENERGY CONSULTANTS, LLC<br>115 ASHLAND WAY<br>MADISONVILLE, LA  70447 | PELICAN ENERGY CONSULTANTS, LLC<br>115 ASHLAND WAY<br>MADISONVILLE, LA  70447<br>Phone: 985-871-4200 | TRADE | | $12,096.77 |
| C-PORT/STONE, LLC<br>DEPT. 211<br>PO BOX 4869<br>HOUSTON, TX  77210-4869 | C-PORT/STONE, LLC<br>DEPT. 211<br>PO BOX 4869<br>HOUSTON, TX  77210-4869<br>Phone: 985-601-4140<br>Fax: 985-632-1778 | TRADE | | $11,290.32 |

**CONSOLIDATED LIST OF CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS**
US 3417289v.1                                                                                                                           **Page 5 of 8**

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security) |
|---|---|---|---|---|
| FILTER RESOURCES, INC. 5929 SOUTH LOOP EAST HOUSTON, TX 77033-1017 | FILTER RESOURCES, INC. 5929 SOUTH LOOP EAST HOUSTON, TX 77033-1017 Phone: (713) 644-4450 Fax: (713) 644-2512 | TRADE | | $11,290.32 |
| GULF COAST CHEMICAL, LLC 220 JACULYN STREET ABBEVILLE, LA 70510 | GULF COAST CHEMICAL, LLC 220 JACULYN STREET ABBEVILLE, LA 70510 Phone: 337-898-0213 Fax: 337-893-1563 | TRADE | | $11,000.00 |
| FLOW SERVICES & CONSULTING 230 INDUSTRIAL PARKWAY LAFAYETTE, LA 70508 | FLOW SERVICES & CONSULTING 230 INDUSTRIAL PARKWAY LAFAYETTE, LA 70508 Phone: 337-235-7121 Fax: 337-233-4633 | TRADE | | $10,914.52 |
| XPRESS SUPPLY, LLC C/O GULF COAST BANK & TRUST PO BOX 731152 DALLAS, TX 75373-1152 | XPRESS SUPPLY, LLC C/O GULF COAST BANK & TRUST PO BOX 731152 DALLAS, TX 75373-1152 Phone: 504-394-4888 Fax: 504-394-5938 Email: tommy@xpresssupply.com | TRADE | | $10,483.87 |
| C SEAN PROTHO 11140 WOODLEY AVENUE GRANADA HILLS, CA 91344 | C SEAN PROTHO 11140 WOODLEY AVENUE GRANADA HILLS, CA 91344 Phone: 661-900-2819 | CONSULTANT | | $10,483.87 |
| VAS GAUGING, INC PO BOX 520 PIERRE PART, LA 70339 | VAS GAUGING, INC PO BOX 520 PIERRE PART, LA 70339 Phone: 985-252-8825 Fax: (985) 252-9800 | TRADE | | $9,274.19 |
| LAHAYE CONSULTING & MANAGEMENT LLC 2720 WEST WILLOW STREET SCOTT, LA 70583 | LAHAYE CONSULTING & MANAGEMENT LLC 2720 WEST WILLOW STREET SCOTT, LA 70583 | TRADE | | $4,032.00 |
| MARTIN ENERGY SERVICES, LLC PO BOX 95363 GRAPEVINE, TX 76099-9733 | MARTIN ENERGY SERVICES, LLC PO BOX 95363 GRAPEVINE, TX 76099-9733 Phone: 713-350-6800 Fax: 713-350-6870 | TRADE | | $2,361.27 |
| ACME TRUCK LINE, INC PO BOX 415000 NASHVILLE, TN 37241-5000 | ACME TRUCK LINE, INC PO BOX 415000 NASHVILLE, TN 37241-5000 Phone: (504) 368-2510 Fax: (888) 922-2263 | TRADE | | $1,431.95 |

**CONSOLIDATED LIST OF CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS**
US 3417289v.1                                                                                                          **Page 6 of 8**

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

  I, the undersigned authorized officer of RAAM Global Energy Company, declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 50 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

October 27, 2015

                */s/ James R. Latimer*
                James R. Latimer, III
                Chief Restructuring Officer

Dated: October 27, 2015

Respectfully submitted,

**VINSON & ELKINS LLP**

By: */s/Bradley R. Foxman*
Harry A. Perrin, SBT # 1579800
John E. West, SBT # 21202500
Reese A. O'Connor, SBT # 24092910
First City Tower
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel: 713.758.2222
Fax: 713.758.2346
hperrin@velaw.com; jwest@velaw.com
roconnor@velaw.com

and

William L. Wallander, SBT # 20780750
Bradley R. Foxman, SBT # 24065243
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.999.7787
bwallander@velaw.com; bfoxman@velaw.com

**PROPOSED ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

I certify that on October 27, 2015, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/Bradley R. Foxman*
One of Counsel