UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | H3-7 | Main Case Number | 15-35615 |
|---|---|---|---|
| Debtor | In Re: | RAAM GLOBAL ENERGY COMPANY | |

This lawyer, who is admitted to the State Bar of _____Illinois_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Daniel Simon<br>DLA Piper LLP (US)<br>203 North LawSalle Street, Suite 1900<br>Chicago, IL 60601<br>312-368-3465<br>daniel.simon@dlapiper.com<br>Illinois # 6297629 |
|---|---|

Seeks to appear as the attorney for this party:

| Montco Oilfield Contractors, LLC and Montco Offshore, Inc. ||
|---|---|
| Dated: | Signed: /s/s Daniel Simon |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. ||
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                United States Bankruptcy Judge