UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

*United States District Court*
*Southern District of Texas*
**FILED**
OCT 28 2015
David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 15-35615 |
|---|---|---|---|
| Debtor | | In Re: | RAAM Global Energy Company |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Keith A. Simon<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200 keith.simon@lw.com<br>New York 4636007 (and Illinois 6270622) |
|---|---|

| Name of party applicant seeks to appear for: | The ad hoc committee of holders of RAAM Global Energy Company's 12.5% Senior Secured Notes due in 2015 (the "Ad Hoc Committee of Senior Secured Noteholders") |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated:  10/27/2015 | Signed: /s/ |
|---|---|

| The state bar reports that the applicant's status is: ACTIVE |
|---|
| Dated: 10/28/2015  |  Clerk's signature: [signature] |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____       _____
                                                                   United States Bankruptcy Judge