**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| In re: **RAAM GLOBAL ENERGY COMPANY**, *et al.* | **Chapter 11 Case No. 15-35615 (Jointly Administered)** |
|---|---|

**NOTICE OF COMMENCEMENT OF CASES UNDER CHAPTER 11 OF THE
BANKRUPTCY CODE, MEETING OF CREDITORS, AUTOMATIC STAY AND DEADLINES**

On October 26, 2015, RAAM Global Energy Company, Century Exploration New Orleans, LLC, Century Exploration Houston, LLC, and Century Exploration Resources, LLC (the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court").

You may be a creditor of the Debtor. **This notice lists important deadlines. You may want to consult an attorney to protect your rights.** All documents filed with the Court are or will be available for inspection at the Office of the Clerk of the Court at the address listed below and on the Court's website at www.txsb.uscourts.gov. Note that you need a PACER password and login to access documents on the Court's website (a PACER password is obtained by accessing the PACER website, http://pacer.psc.uscourts.gov). Certain documents are also available on the website of the Debtors' claims and noticing agent, BMC Group, Inc. ("BMC Group"), at www.bmcgroup.com/RAAMGlobal.

**Note:** The staff of the Bankruptcy Clerk's Office and the office of the United States Trustee cannot give legal advice. **Creditors:** Do not file this notice in connection with any proof of claim you submit to the Court.

| Name of Debtors: | Case Numbers: | Tax Identification Numbers: |
|---|---|---|
| RAAM Global Energy Company | 15-35615 | 20-0412973 |
| Century Exploration New Orleans, LLC | 15-35617 | 61-1104948 |
| Century Exploration Houston, LLC | 15-35614 | 61-1439624 |
| Century Exploration Resources, LLC | 15-35616 | 20-8957252 |

| All other names used by the Debtors in the last 8 years: Century Exploration New Orleans, Inc. Century Exploration Houston, Inc. Century Exploration Resources, Inc. | Attorneys for Debtor: Vinson & Elkins LLP Attn: Harry A. Perrin First City Tower 1001 Fannin Street, Suite 2500 Houston, TX 77002-6760 Tel: 713.758.2222 Fax: 713.758.2346 hperrin@velaw.com |
|---|---|

**DATE, TIME, AND LOCATION OF SECTION 341(a) MEETING OF CREDITORS:**

December 15, 2015 at 10:00 a.m. (Central Time)
515 Rusk Street, Suite 3401
Houston, Texas 77002

**Deadlines:** Papers must be *received* by BMC Group at the following addresses:

| If by Regular Mail: | If by Messenger or Overnight Delivery: |
|---|---|
| BMC Group, Inc. Attn: RAAM Global Energy Claims Processing PO Box 90100 Los Angeles, CA 90009 | BMC Group, Inc. Attn: RAAM Global Energy Claims Processing 300 N. Continental Blvd. #570 El Segundo, CA 90245 |

**Deadline to File a Proof of Claim**:
For all creditors (except governmental unit): March 14, 2016 at 11:59 p.m.
For a governmental unit: June 12, 2016 at 11:59 p.m.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** February 16, 2016 at 11:59 p.m.

US 3651751v.3

**Deadline to File a Complaint Objecting to Discharge of the Debtor:**
*First date set for hearing on confirmation of plan*
Notice of that date will be sent at a later time.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS**

Prohibited collection actions are listed in Bankruptcy Code § 362.  In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against debtor and the debtor's property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.  If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.  Common examples of prohibited actions by creditors are contacting the Debtors to demand payment, taking action against the Debtors to collect money owed or to take property of the Debtors, and starting or continuing collection actions, foreclosure actions, or repossessions.  **Consult a lawyer to determine your rights in this case.**

**ADDRESS AND HOURS OF THE CLERK OF THE BANKRUPTCY COURT:**

| **Mailing Address:** | **Street Address:** | **Hours Open:** |
|---|---|---|
| Clerk of Court | U.S. Bankruptcy Court | 8:00 a.m. to 5:00 p.m. |
| P.O. Box 61010 | United States Courthouse | Monday through Friday |
| Houston, TX 77205 | 515 Rusk Avenue | |
| | Houston, TX 77002 | |

Dated:  November 4, 2015

**FILING OF CHAPTER 11 BANKRUPTCY CASE**.  A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the Debtors listed on the front side, and an order for relief has been entered.  Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan.  A plan is not effective unless confirmed by the court.  You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan.  You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing.  Unless a trustee is serving, the Debtors will remain in possession of their property and may continue to operate any business.

**LEGAL ADVICE**.  The staff of the bankruptcy clerk's office cannot give legal advice.  **Consult a lawyer to determine your rights in this case.**

**MEETING OF CREDITORS**.  A meeting of creditors is scheduled for the date, time, and location listed on the front side.  The Debtors must be present at the meeting to be questioned under oath by the trustee and by creditors.  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice.  The court, after notice and a hearing, may order that the United States Trustee not convene the meeting if the Debtors have filed a plan for which the Debtors solicited acceptances before filing the case.

**CLAIMS.**  A Proof of Claim is a signed statement describing a creditor's claim.  If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office.  You may look at the schedules that have been or will be filed at the bankruptcy clerk's office.  If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim.  Whether or not your claim is scheduled, you are permitted to file a Proof of Claim.  If your claim is not listed at all or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan.  A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim.  Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain.  For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial.  **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors.  If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.  Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case.  *Do not include this notice with any filing you make with the court.*

**DISCHARGE OF DEBTS**.  Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt.  *See* Bankruptcy Code § 1141(d).  Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan.  A discharge means that you may never try to collect the debt from the Debtor(s) except as provided in the plan.  If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side.  The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline.  If you believe that the Debtors are not entitled to receive a discharge under Bankruptcy Code § 1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan.  You will be sent another notice informing you of that date.

**BANKRUPTCY CLERK'S OFFICE**.  Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.

*Refer to first page for important deadlines and notices.*