**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 15-35615** |
| **RAAM GLOBAL ENERGY COMPANY,** | § | |
| *et al.* | § | **(Chapter 11)** |
| | § | |
| **DEBTORS.** | § | **JOINTLY ADMINISTERED** |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND**
**DISCLAIMER REGARDING DEBTORS' SCHEDULES AND STATEMENTS**

The *Schedules of Assets and Liabilities* and *Statements of Financial Affairs* (the "Schedules" and "Statements," respectively) filed by the above-captioned debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors"),[1] in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court"), were prepared by the Debtors' management, with the assistance of the Debtors' employees and professionals, pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and they are unaudited. Subsequent information may result in material changes in financial and other data in each of their Schedules and Statements. The Debtors reserve the right to amend each of their Schedules and Statements from time to time as the Debtors determine may be necessary or appropriate. These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each of the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1.    Bankruptcy Cases.  On October 26, 2015 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  Unless otherwise indicated, the information provided is as of the close of business on the Petition Date.

2.    Joint Administration.  Pursuant to an order entered on October 28, 2015 [Docket No. 22], the Debtors' respective chapter 11 cases (each, a "Case" and together, the "Cases") are jointly administered under the case styled *In re RAAM Global Energy, et al.*, Case No. 15-35615. Notwithstanding the joint administration of the Cases, each Debtor has filed its own Schedules and Statements in its respective chapter 11 case.

3.    Amendments.  The Debtors each reserve the right to amend the Schedules and Statements in all respects at any time as may be necessary or appropriate, including, without limitation, (a) to assert offsets or defenses to any claim, (b) to amend the amount, liability, or classification of any claim, or (c) to otherwise designate any claim as contingent, unliquidated, or

---

[1] The Debtors are RAAM Global Energy Company [2973], Century Exploration New Orleans, LLC [4948], Century Exploration Houston, LLC [9624], and Century Exploration Resources, LLC [7252].

disputed.  Any failure to designate a claim as contingent, unliquidated, or disputed does not constitute an admission by any Debtor that such claim is not contingent, unliquidated, or disputed.

       4.      <u>Estimates and Assumptions</u>.  The preparation of the Schedules and Statements required the Debtors to make estimates and assumptions with respect to the reported amounts of assets and liabilities, the value of contingent assets and liabilities, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from those estimates.

       5.      <u>Pre-Petition v. Post-Petition</u>.  The Debtors have allocated liabilities between the pre-petition and post-petition periods based upon information from research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the identification of liabilities as pre-petition or post-petition may change.

       6.      <u>GAAP</u>.  Given the difference between reporting for purposes of the Schedules and Statements and reporting for audit purposes, the aggregate asset values and claim amounts set forth in the Schedules and Statements may not reflect the amounts that would be set forth in a balance sheet prepared in accordance with generally accepted accounting principles in the United States.

       7.      <u>First Day Orders</u>.  Pursuant to various orders entered by the Court in the first days of the Cases, the Debtors were authorized to pay certain outstanding pre-petition claims, including claims related to employee and independent contractor wages, employee benefits, reimbursable business expenses, and related administrative costs.  Although such amounts have been paid and are no longer owed, such claims may nevertheless be listed on the Schedules and Statements, or they may be listed in a different amount than the actual amount due and owing to such creditors as of the Petition Date.

       8.      <u>Causes of Action</u>.  The Debtors reserve all of their causes of action.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of any claim or cause of action that may be asserted, including equitable subordination, causes of action arising under chapter 5 of the Bankruptcy Code, and any other causes of action arising in the Cases or under applicable non-bankruptcy law.

       9.      <u>Insiders</u>.  Where the Schedules and Statements require information concerning officers, directors, or insiders, included therein are each of the Debtors' (a) directors (or persons in similar positions), (b) employees that are, or were during the relevant period, officers (or persons in control), and (c) employees that are relatives of those persons found in (a) or (b). Employees may have been included in this disclosure for informational purposes only and are not necessarily "insiders" as defined in Bankruptcy Code § 101(31) or as otherwise defined by applicable law, including, without limitation, any state or federal securities law.  The listing of any party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider, nor should it be construed as an admission that such party is an insider, all such rights, claims, and defenses being expressly reserved.

10.     <u>Categories or Labels Used in the Schedules and Statements</u>.    Information requested by the Schedules and Statements require the Debtors to make judgments regarding the appropriate category in which information should be presented or how certain parties, claims, or other data should be labeled.  The Debtors' decisions regarding the category or label to use is based on the best information available as of the filing of the Schedules and Statements and within the time constraints imposed by the Cases.  The Debtors reserve the right to modify, change, or delete any information in the Schedules and Statements by amendment, including to the extent some information currently presented should be moved to a different category or labeled in a different way.

11.     <u>Summary of Significant Reporting Policies and Practices</u>.    The following conventions were adopted by the Debtors in preparing the Schedules and Statements:

(a)     <u>Fair Market Value; Book Value</u>.  For the preparation of the Schedules, it would be prohibitively expensive, unduly burdensome, and time consuming to obtain current market valuations of all of the Debtors' property interests on a Debtor-by-Debtor basis.  Accordingly, assets and liabilities of each Debtor are shown either on the basis of the estimated fair market value or the net book value in accordance with the Debtors' accounting or tax books and records as of the Petition Date.  As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.  Unless otherwise noted, the Schedules reflect the net book value of the liabilities listed in the Debtors' books and records, and are not based upon any estimate of their current market values, which may not correspond to book value.  For this reason, amounts ultimately realized may vary from net book value and such variances may be material.  Unless otherwise indicated, all amounts are listed as of the Petition Date.  The Debtors expressly reserve all rights with respect to valuations during the Cases.

(b)     <u>Leased Real and Personal Property</u>.  In the ordinary course of business, the Debtors may lease real and personal property, including fixtures and equipment, from certain third-party lessors.  Nothing in the Schedules and Statements is or shall be construed as an admission or determination as to legal status of any lease (*e.g.*, as a true lease or financing arrangement), and the Debtors reserve all rights with respect to such issues.

(c)     <u>Claims</u>.  The Schedules and Statements generally identify parties holding claims existing as of the Petition Date.  The Court, however, has authorized the Debtors to continue certain pre-petition practices and make payments in respect of certain pre-petition claims.  Accordingly, certain of the claims identified in the Schedules and Statements may already have been paid.

(d)     <u>Books and Records</u>.  The Debtors maintain books and records on a Debtor-by-Debtor basis, including financial statements.  Accordingly, the Debtors' respective assets, liabilities, transactions, contracts, and leases

have been attributed appropriately in the Schedules and Statements.  The Debtors reserve all rights with respect to such attributions.

(e)      Disputed, Contingent, and Unliquidated Claims.   The Debtors have designated certain claims on Schedules D, E, and F as disputed, contingent, or unliquidated, as applicable.   Any failure to designate a claim on the Schedules and Statements as disputed, contingent, or unliquidated does not constitute an admission that such claim is undisputed, noncontingent, or liquidated, as applicable.   The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on the Schedules and Statements as to, among other things, amount, liability, or status.

12.     Summary of Significant "Schedules" Conventions.   The following conventions were adopted by the Debtors in preparing the Schedules:

(a)      Schedule A.  All hydrocarbon leases are listed on Schedule A, regardless of whether such lease is considered an executory contract or an interest in real property in the relevant jurisdiction.   The Debtors' listing of such leases and agreements on Schedule A is not indicative of whether the Debtors consider such leases and agreements unexpired leases or executory contracts.

Oil and gas leases are disclosed on Schedule A in various parts: the estimated market value of the leases by Debtor, based on a PV-10 calculation from a reserve report with an effective date of November 1, 2015, is disclosed on a summary schedule, while schedules listing the leases, the wells and the Debtor's interest in such wells, and rights of ways, are attached as supporting information.   The process of estimating reserves is very complex, requiring significant subjective decisions in the evaluation of all geological engineering and economic data for each reservoir.   The accuracy of a reserve estimate is a function of (i) the quality and quantity of available data, (ii) the interpretation of that data, (iii) the accuracy of various mandated economic assumptions, and (iv) the judgment of the persons preparing the estimate.   The data for a given reservoir may change substantially over time as a result of numerous factors, including, without limitation, additional development activity, evolving production history, and continual reassessment of the viability of production under various economic conditions.

Certain of the leases reflected on Schedule A may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights.   Such rights, powers, duties, and obligations are not separately set forth on Schedule A.

Certain of the responses on Schedule A may indicate that the "Nature of Debtor's Interest in Property" includes both surface and mineral rights. Where a value of the Debtor's interest is provided in connection with such response, the value is attributable only to surface rights and not to mineral rights. The value of mineral rights is undetermined.

Property listed on Schedule A as "encumbered" is subject to mortgages asserted by Highbridge Principal Strategies, LLC and the holders of the Notes, as defined in the *Declaration of James R. Latimer, III in Support of First Day Pleadings* [Docket No. 20]. The total alleged secured claim for such parties is approximately $301,817,860.

The Debtors' failure to list any rights in real property on Schedule A should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

(b)     Schedule B.  Personal property owned by any of the Debtors is listed on Schedule B for that individual Debtor.

    (i)     Schedule B.2 – Financial Accounts.  Cash balances and account descriptions are as of the Petition Date.  In accordance with the *Interim Order Granting Emergency Motion to (i) approve Maintenance of Certain Pre-Petition Bank Accounts and Cash Management System and (ii) Continue Use of Existing Checks and Business Forms* [Docket No. 47], the Debtors have opened segregated debtor in possession bank accounts and deposited all suspended funds therein.

    (ii)     Schedule B.3 – Security Deposits.  All rights of the Debtors regarding whether retainers are deposits or pre-payments are reserved, and the Debtors make no admission regarding same by inclusion of the retainers in the Schedules.

    (iii)     Schedule B.9 – Interests in Insurance Policies.  For more information on the Debtors' interests in insurance policies, refer to *Emergency Motion (a) Authorizing Debtors to (i) Pay Pre-Petition Wages and Salaries to Employees and Independent Contractors and (ii) Pay Pre-Petition Benefits and to Continue Benefit Programs in the Ordinary Course and (b) Directing Banks to Honor Pre-Petition Checks for Payment of Pre-Petition Obligations* [Docket No. 12] and *Emergency Motion for Order Authorizing Debtors to Continue Insurance Policies and Bonding Program* [Docket No. 15].

    (iv)     Schedules B.13 and B.14 – Stocks and Interests in Businesses and Partnerships.  Equity interests in subsidiaries and affiliates

primarily arise from common stock ownership. Each Debtor's Schedule B lists such Debtor's ownership interests, if any, in subsidiaries and affiliates. For purposes of the Schedules, the Debtors have listed the value of such ownership interests as undetermined because the fair market value of such stock or interests is dependent on numerous variables and factors and may differ significantly from the net book value.

(v)     Schedule B.16 – Accounts Receivable. In the ordinary course of the Debtors' business, cash settlements must occur after the completion of an accounting settlement cycle, which typically takes 60 days following a production month-end. The timeframe to a net proceed calculation for a given production month requires the following steps: payment of capital and operating expenses, receipt of gross sales revenues, invoicing of joint interest partners, receipt of joint interest billing payments, and disbursement of payments to royalty owners. These steps are necessarily accomplished over the span of 60 days following the end of a production month.

(vi)    Schedule B.21 – Other Contingent and Unliquidated Claims. In the ordinary course of their business, the Debtors may have or may accrue certain rights to refunds, counterclaims, setoffs, refunds with its customers and suppliers, or potential claims against its suppliers. Such claims are not known and quantifiable as of the Petition Date, and accordingly, are not listed on Schedule B.

(vii)   Schedules B.22 and B.23 – Patents, Copyrights, and Other Intellectual Property; Licenses, Franchises, and Other General Intangibles. In the ordinary course of their business, the Debtors are required to obtain operating and other permits from federal, state, and local government authorities and from regulatory bodies. The Debtors believe that these permits have little or no cash value and have not included them in their response to Schedule B. Additionally, the Debtors own certain copyrights, URLs, geological data, and other intellectual property that have little or no cash value and not all of such items have been included in the Debtors' response to Schedule B. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(viii)  Schedules B.28 and B.29 – Office Equipment, Furnishing, and Supplies; Machinery, Fixtures, Equipment and Supplies Used in Business. The Debtors' business is a complex enterprise.

Although the Debtors have made every effort to ensure the accuracy of Schedules B.28 and B.29, inadvertent errors, omissions, or inclusion may have occurred.  Additionally, there may be certain assets the value for which is included in a fixed asset group or certain assets with a net book value of zero which are not set forth on Schedule B.28 or B.29.

(c)     Schedule D.  Except as otherwise agreed pursuant to a stipulation or order entered by the Court, the Debtors reserve their rights to dispute or challenge, among other things, the validity, perfection, or priority of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  Moreover, except as otherwise agreed pursuant to a stipulation or order entered by the Court, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.  In certain instances, a Debtor may be a co-obligor or guarantor with respect to scheduled claims of the Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in Schedule D are intended only to be a summary, and reference should be made to the applicable loan agreements and related documents for a complete description of any collateral and corresponding liens or security interests.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

The Debtors have not included on Schedule D any creditor who may assert an interest in property of the estate by way of setoff rights, deposits posted by or on behalf of a Debtor, or inchoate statutory lien rights.  Any such creditors may, however, be listed on Schedule F.  The Debtors reserve the right to challenge, among other things, the validity, perfection, or priority of any statutory lien creditor.

(d)     Schedule E.  As part of the first day orders, the Debtors were authorized, but not directed, to pay all outstanding, pre-petition amounts owing with respect to, among other things, employee and independent contractor wages and employee benefits.  Although certain priority amounts may have been outstanding as of the Petition Date, the Debtors have checked "none" with respect to outstanding priority amounts payable with respect to salaries, wages, and commissions to reflect such payments.  The listing of any claim on Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority treatment under Bankruptcy Code § 507.  Such claims remain subject to further review and verification.

(e)      <u>Schedule G</u>.   While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred.  Listing a contract or lease on Schedule G does not constitute an admission that such contract or lease is an executory contract or unexpired lease or that such contract or lease was in effect on the Petition Date or is valid or enforceable.  Any and all of the Debtors' rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as supplemental agreements, amendments/letter agreements, and confidentiality agreements.  Such documents may not be set forth on Schedule G.  The Debtors reserve all rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor' claim.  Omission of a contract or lease from Schedule G does not constitute an admission that such omitted contract or lease is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or leases are not impaired by the omission.  Schedule G also sets forth joint operating agreements.  The listing of a particular Debtor as party to a joint operating agreement reflects the entity that owns a working interest in the areas covered by the agreement but does not reflect any operator designation that is filed with any federal or state regulatory agency.

13.      <u>Summary of Significant "Statement" Conventions</u>.   The following conventions were adopted by the Debtors in preparing the Statements:

(a)      <u>Question 3</u>.   In order to protect the privacy of the Debtors' current and former employees, payments made to non-insider employees related to wages and benefits are not disclosed, but will be provided to the Office of the United States Trustee upon request.  Detail with respect to payments to insiders is provided in response to question 3(c).

(b)      <u>Question 9</u>.   The Debtors' books and records do not detail which of the payments made to Vinson & Elkins, LLP ("<u>V&E</u>"), the Debtors' chapter 11 counsel, were related to "debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy."  Accordingly, in an abundance of caution, the Debtors have listed all payments made to V&E within one year immediately preceding the commencement of the Cases.

(c)      <u>Question 17</u>.   The Debtors have made reasonable efforts to include in their response to question 17 an accurate list of sites, if any, for which the Debtors have received written notice by a governmental unit that they may be liable or potentially liable under or in violation of an environmental law.  To the extent the Debtors become aware they have omitted any such site, they will amend their Statements.

(d)    <u>Question 19</u>.  In the ordinary course of the Debtors' businesses, various in-house personnel had access to the Debtors' books and records, the Debtors issued financial Statements to various interested parties, and the Debtors' financial statements were contained within a virtual data room ("<u>VDR</u>") maintained by their financial advisor with respect to potential sales of the Debtors' assets.  In certain of these instances, (i) the Debtors' financial statements were issued to various parties, including, without limitation, financial institutions, creditors, and other parties and (ii) the Debtors did not maintain an exact record of the service dates or the date on which all such financial Statements were issued, nor of which third parties specifically reviewed the financial statements in the VDR.  As such, financial statements may have been issued to other parties not currently listed in response to question 19(d).  In addition, RAAM Global Energy Company filed financial statements with the U.S. Securities and Exchange Commission ("<u>SEC</u>").  These statements were then posted on the SEC's website, and were available to the public.

14.    <u>General Disclaimer</u>.  While those members of management responsible for the preparation of the Schedules and Statements have made good faith and reasonable efforts to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors may exist or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statements that may warrant amendment of the same.  Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that the Schedules and Statements are complete or accurate.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF TEXAS**

| In re   RAAM Global Energy Company | Case No.  15-35615 |
|---|---|
| Debtor | Chapter 11 |

# FORM 7 - STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C.§112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor may also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*   The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(2), (31).

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                    Case No.   15-35615

---

1. **Income from employment or operation of business**

None
[X]

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | FISCAL YEAR | SOURCE |
| --- | --- | --- |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                          Case No.   15-35615

---

**2.    Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | FISCAL YEAR | SOURCE |
|---|---|---|
| $1,292.00 | YTD 2015 | Interest Income |
| $11,597.00 | YTD 2015 | Miscellaneous Income |
| $304,224.00 | 2014 | Management Fee Income (Champion Exploration UK Limited)* |
| $1,827.00 | 2014 | Interest Income |
| $3,476.00 | 2014 | Miscellaneous Income |
| $2,685.00 | 2013 | Interest Income |
| $8,353.00 | 2013 | Miscellaneous Income |

---

*Management Fee Income represents the cash remaining in Champion Exploration UK Limited's UK bank account. The money was wired back to RAAM Global in the US and recorded as Management Fee Income.

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                              Case No.   15-35615

---

3.  **Payment to creditors**

    **Complete a. or b., as appropriate and c.**

None   a.  Individual or Joint debtor(s) with primarily consumer debts: List all payments on loans, installment
[X]        purchases of goods or services and other debts to any creditor, made within 90 days immediately preceding
           the commencement of this case unless the aggregate value of all property that constitutes or is affected by
           such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on
           account of a domestic support obligation or as part of an alternative repayment schedule under a plan by
           an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or
           chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless
           the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                      Case No.   15-35615

### 3.   Payment to creditors (continued)

None   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor
☐        made within 90 days immediately preceding the commencement of the case if the aggregate value of all
         property that constitutes or is affected by such transfers is not less than $6,225*. If the debtor is an
         individual, indicate with an asterisk(*) any payments what were made to a creditor on account of a domestic
         support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit
         budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must
         include payments and other transfers by either or both spouses whether or not a joint petition is filed,
         unless the spouses are separated and a joint petition is not filed.)

   SEE ATTACHED SOFA RIDER 3.b.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                Case No.   15-35615

3.    **Payment to creditors (continued)**

None    c. All Debtors: List all payments made within one year immediately preceding the commencement of this case
☐         to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or
          chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless
          the spouses are separated and
          a joint petition is not filed.)

        SEE ATTACHED SOFA RIDER 3.c.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                          Case No.   15-35615

---

    **4.   Suits and administrative proceedings, executions, garnishments and attachments**

None   a. List all suits and administrative proceedings to which the debtor is or was a party within one year
[X]        immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter
          13 must include information concerning either or both spouses whether or not a joint petition is filed, unless
          the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                    Case No.   15-35615

---

   **4.   Suits and administrative proceedings, executions, garnishments and attachments (Continued)**

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process
 ☒      within one year immediately preceding the commencement of this case.  (Married debtors filing under
          chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or
          not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)


| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                    Case No.   15-35615

5. **Repossessions, foreclosures and returns**

None
[X]

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                      Case No.   15-35615

---

6. **Assignments and receiverships**

None    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately
[X]        preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must
           include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses
           are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                    Case No.   15-35615

---

6.    **Assignments and receiverships (Continued)**

None     b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
 X          year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
            chapter 13 must include information concerning property of either or both spouses whether or not a joint
            petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                    Case No.   15-35615

7.  **Gifts**

None

☐

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON  OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Ryan Barcot - Burn Victim Fund http://www.gofundme.com/Ryan-Barcot | Unrelated third party | December 23, 2014 | Cash donation $1,000.00 |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                                    Case No.   15-35615

---

### 8.  Losses

None
[X]

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                    Case No.   15-35615

9.     **Payments related to debt counseling or bankruptcy**

None

☐

List all payments made or property transferred  by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

SEE ATTACHED SOFA RIDER 9.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                      Case No.   15-35615

---

### 10.  Other transfers

None
[X]

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both  spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                    Case No.   15-35615

   **10.  Other transfers (continued)**

None      b. List all other property transferred by the debtor within ten years immediately preceding the commencement
 X            of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

|  |  | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF |
| NAME OF TRUST OR OTHER DEVICE | DATES OF TRANSFER(S) | PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                                          Case No.   15-35615

**11.  Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| JPMorgan Chase Bank, N.A. Kentucky Market P.O. Box 659754 San Antonio, TX 78265-9754 | xx-xxx-7510 $0.00 | October 1, 2014 |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                              Case No.   15-35615

### 12.  Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF  THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                         Case No.   15-35615

---

### 13. Setoffs

None
[X]

List all setoffs made by any creditor, including a bank, against a debt or debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition s filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                    Case No.   15-35615

---

**14.  Property held for another person**

None       List all property owned by another person that the debtor holds or controls.
[X]

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                    Case No.   15-35615

---

### 15.  Prior address of debtor

None
[X]

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during the period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separated address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                    Case No.   15-35615

---

### 16.  Spouses and Former Spouses

None
[X]

If debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                        Case No.   15-35615

**17.  Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into air, land, soil, surface water, ground water, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None     a.  List the name and address of every site for which the debtor has received notice in writing by a
 [X]           governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.
               Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                   Case No.  15-35615

17. **Environmental Information (continued)**

None     b. List the name and address of every site for which the debtor provided notice to a governmental unit of a
[X]         release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of
            the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                    Case No.  15-35615

### 17.  Environmental Information (continued)

None      c.  List all judicial or administrative proceeding, including settlements or orders, under any Environmental Law
☒            with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit
              that is or was a party to the proceedings, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                    Case No.   15-35615

---

**18.  Nature, location, and name of business**

None  a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the
☐     businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director,
      partner, or managing executive of a corporation, partner in a partnership, sole proprietorship, or was a self-
      employed in a trade, profession or other activity either full- or part-time within six years immediately
      preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting
      share or equity securities within six years immediately preceding the commencement of this case.

      If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the
      businesses, and beginning and ending dates of all business in which the debtor was a partner or owned 5
      percent or more of the voting or equity securities, within six years immediately preceding the
      commencement of this case.

      If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the
      businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned
      5 percent or more of the voting equity securities within six years immediately preceding the commencement
      of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Century Exploration Houston LLC | 61-1439624 | 10210 Grogan's Mill Road, Suite 300 The Woodlands, TX 77380 | Oil and gas exploration and production onshore Texas and Louisiana | November 21, 2003 to Present |
| Century Exploration Resources LLC | 20-8957252 | 10210 Grogan's Mill Road, Suite 300 The Woodlands, TX 77380 | Oil and gas exploration and production onshore Oklahoma, California and other mid-continent US locations | April 18, 2007 to Present |
| Century Exploration New Orleans LLC | 61-1104948 | Three Lakeway Center 3838 North Causeway Blvd., Suite 2800 Metairie, LA 70002 | Oil and gas exploration and production onshore Louisiana, state waters of Louisiana and Federal OCS Gulf of Mexico waters | November 21, 2003 to Present |
| Champion Exploration International Inc. | 26-4463198 | 1537 Bull Lea Road Suite 200 Lexington, KY 40511 | Oil and gas exploration and production North Sea / United Kingdom | May 16, 2008 to Present* |

---

* Legal entity still exists, but is inactive.

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                        Case No.   15-35615

---

18.  **Nature, location, and name of business (continued)**

None    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined
☒          in 11 U.S.C. §101.


NAME _____    ADDRESS _____

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                              Case No.   15-35615

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following:  an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed in a trade, profession or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

## 19.  Books, records and financial statements

None   a. List all bookkeepers and accountants who within  the two years immediately preceding the filing of this
☐        bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Jeff T. Craycraft<br>Chief Financial Officer / Treasurer<br>1537 Bull Lea Road, Suite 200<br>Lexington, KY 40511 | 1984 - 2015 |
| Elizabeth A. Barr<br>Vice President Administration<br>1537 Bull Lea Road, Suite 200<br>Lexington, KY 40511 | 1990 - 2015 |
| Sheila E. Beck<br>Controller / Assistant Controller<br>1537 Bull Lea Road, Suite 200<br>Lexington, KY 40511 | 2002 - 2015 |
| Brandy Pennington<br>Corporate Controller / SEC Reporting<br>1537 Bull Lea Road, Suite 200<br>Lexington, KY 40511 | 2010 - 2015 |
| Amy Cao<br>Tax Manager<br>1537 Bull Lea Road, Suite 200<br>Lexington, KY 40511 | 2010 - 2015 |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                    Case No.   15-35615

19.  **Books, records and financial statements (continued)**

None    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case
☐         have audited the books of account and records, or prepared a financial statement of the debtor.


| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| Ernst & Young LLP | 990 United Center<br>500 Virginia Street<br>Charleston, WV 25301 | Sep 2013 - May 2015 |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                         Case No.   15-35615

### 19.  Books, records and financial statements (continued)

None     c.  List all firms or individuals who at the time of the commencement of this case were in possession of the
☐          books of account and records of the debtor.  If any of the books of account and records are not available,
           explain.

| NAME | ADDRESS |
|---|---|
| Elizabeth A. Barr<br>Vice President Administration | 1537 Bull Lea Road, Suite 200<br>Lexington, KY 40511 |
| Sheila E. Beck<br>Controller / Assistant Controller | 1537 Bull Lea Road, Suite 200<br>Lexington, KY 40511 |
| Brandy Pennington<br>Corporate Controller / SEC Reporting | 1537 Bull Lea Road, Suite 200<br>Lexington, KY 40511 |
| Amy Cao<br>Tax Manager | 1537 Bull Lea Road, Suite 200<br>Lexington, KY 40511 |
| Jim Latimer<br>Blackhill Partners LLC / Managing Director | 2651 N. Harwood Street, Ste 120<br>Dallas, TX 75201 |
| Joel Brown<br>Blackhill Partners LLC / Vice President | 2651 N. Harwood Street, Ste 120<br>Dallas, TX 75201 |
| Matt Denny<br>Blackhill Partners LLC / Associate | 2651 N. Harwood Street, Ste 120<br>Dallas, TX 75201 |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re   RAAM Global Energy Company                                        Case No.   15-35615

**19.  Books, records and financial statements (continued)**

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
financial statement was issued by the debtor within the two years immediately preceding the
commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |
| Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 | March 31, 2015, November 13, 2014, August 13, 2014, May 14, 2014, March 31, 2014 and November 13, 2013 |
| Highbridge Principal Strategies LLC<br>40 West 57th Street, Floor 32<br>New York, NY 10019 | August 28, 2015, May 30, 2015, April 40, 2015 and November 25, 2014 |
| Wilmington Trust, National Association<br>50 South Sixth Street, Ste 1290<br>Minneapolis, MN 55402 | August 28, 2015, May 30, 2015, April 40, 2015 and November 25, 2014 |
| BP Energy Company<br>201 Helios Way<br>Houston, TX 77079 | August 28, 2015, May 30, 2015, April 40, 2015 and November 25, 2014 |
| Cargill Incorporated<br>9350 Excelsior Blvd, Mailstop 150<br>Hopkins, MN 55343 | August 28, 2015, May 30, 2015, April 40, 2015 and November 25, 2014 |
| Kirkland & Ellis LLP<br>600 Travis Street, Suite 2400<br>Houston, TX 77002 | August 28, 2015, March 31, 2015, November 13, 2014 and August 13, 2014 |
| The Bank of New York Mellon<br>One Wall Street<br>New York, NY 10286 | Augusst 28, 2015, March 31, 2015, November 13, 2014, August 13, 2014, May 14, 2014, March 31, 2014 and November 13, 2014 |
| Moelis & Company LLC<br>399 Park Avenue, 5th Floor<br>New York, NY 10022 | August 28, 2015, May 30, 2015, April 30, 2015 and November 25, 2014 |
| EverBank Commercial Real Estate<br>390 S. Woods Mill Road, Suite 300<br>Chesterfield, MO 63017 | April 7, 2015 and April 9, 2014 |
| Bureau of Ocean Energy Management<br>1201 Elmwood Park Blvd<br>New Orleans, LA 70123 | March 31, 2015 and March 31, 2014 |
| RLI, Inc.<br>8 Greenway Plaza, Suite 400<br>Houston, TX 77046 | March 31, 2015 and March 31, 2014 |
| Upstream Brokers<br>2020 N. Memorial Way<br>Houston, TX 77007 | March 31, 2015 and March 31, 2014 |
| Union Bank of California<br>500 North Akard, Suite 4200<br>Dallas, TX 75201 | August 20, 2014, May 15, 2014, March 31, 2014 and November 15, 2013 |
| Standard & Poor's<br>2542 Collection Center Drive<br>Chicago, IL 60693 | August 20, 2014, May 15, 2014, March 31, 2014 and November 15, 2013 |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                Case No.   15-35615

19.  **Books, records and financial statements (continued)**

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Moody's Investor Service<br>PO Box 102597<br>Atlanta, GA 30368 | August 20, 2014 |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                   Case No.   15-35615

---

### 20.  Inventories

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
[X]         taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
| --- | --- | --- |

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                    Case No.   15-35615

---

**20. Inventories (continued)**

None        b. List the name and address of the person having possession of the records of each of the  inventories
[X]            reported in a., above.

|  | NAME AND ADDRESS OF |
| DATE OF INVENTORY | CUSTODIAN OF INVENTORY RECORDS |

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                    Case No.   15-35615

### 21.  Current Partners, Officers, Directors and Shareholders

None     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
[X]          partnership.


| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                    Case No.   15-35615

21.  **Current Partners, Officers, Directors and Shareholders (continued)**

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐        directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the
         corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Howard A. Settle<br>1537 Bull Lea Road, Suite 200<br>Lexington, KY 40511 | Chairman of the Board | Common Stock - 48.42% |
| Jonathan B. Rudney<br>1537 Bull Lea Road, Suite 200<br>Lexington, KY 40511 | Board Member | Common Stock - 12.70% |
| Thomas M. Lewry<br>1537 Bull Lea Road, Suite 200<br>Lexington, KY 40511 | Board Member | Common Stock - 2.57% |
| Elizabeth A. Barr<br>1537 Bull Lea Road, Suite 200<br>Lexington, KY 40511 | Vice President Administration | Common Stock - 0.59% |
| Michael J. Willis<br>Three Lakeway Center, Ste 2800<br>3838 North Causeway Blvd<br>Metairie, LA 70002 | President and Board Member | Common Stock - 0.41% |
| Robert E. Fox<br>1537 Bull Lea Road, Suite 200<br>Lexington, KY 40511 | Board Member | Common Stock - 0.24% |
| Leon M. Smith, Jr.<br>Three Lakeway Center, Ste 2800<br>3838 North Causeway Blvd<br>Metairie, LA 70002 | Treasurer | Common Stock - 0.20% |
| Paige D. Lee<br>Three Lakeway Center, Ste 2800<br>3838 North Causeway Blvd<br>Metairie, LA 70002 | Secretary | Common Stock - 0.08% |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                                    Case No.   15-35615

---

**22.  Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year
☐X         immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                      Case No.   15-35615

---

22. **Former partners, officers, directors and shareholders (continued)**

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
☐          within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Howard A Settle<br>1537 Bull Lea Road, Suite 200<br>Lexington, KY 40511 | President and Chief Executive Officer | 10/15/2015 |
| Jeff T Craycraft<br>1537 Bull Lea Road, Suite 200<br>Lexington, KY 40511 | Chief Financial Officer and Treasurer | 10/15/2015 |
| Kenneth Young<br>1537 Bull Lea Road, Suite 200<br>Lexington, KY 40511 | Chief Operating Officer | 5/15/2015 |

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                  Case No.  15-35615

---

**23. Withdrawals from a partnership or distributions by a corporation**

None

☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

SEE ATTACHED SOFA RIDER 23.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY  OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                      Case No.  15-35615

---

**24. Tax Consolidation Group**

None      If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
☒         corporation of any consolidated group for tax purpose of which the debtor has been a member at any time
          within six years immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                         TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  RAAM Global Energy Company                                     Case No.   15-35615

---

### 25. Pension Funds

None
☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

NAME OF PENSION FUND                                     TAXPAYER IDENTIFICATION NUMBER (EIN)

---

Form 7

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


_____            _____
Date                                                Signature of Debtor


_____            _____
Date                                                Signature of Joint Debtor (if any)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


_____December 5, 2015_____            ____/s/   James R. Latimer, III_____
Date                                                Signature


                                                    ____James R. Latimer, III_____
                                                    Print Name


                                                    ____Chief Restructuring Officer_____
                                                    Title


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                    16
                          _____continuation sheets attached


Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571

**SOFA 3b**
**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**
**RAAM GLOBAL ENERGY COMPANY, CASE NO. 15-35615**

| NAME AND ADDRESS | CHECK OR WIRE NBR | PAYMENT DATE | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|
| ADP/CHARLESSCHWAB/401K | | | | |
| | | 07/31/2015 | TRANSFER | $1,666.67 |
| | | 07/31/2015 | TRANSFER | $37,589.95 |
| | | 08/28/2015 | TRANSFER | $37,589.95 |
| | | 08/28/2015 | TRANSFER | $1,666.67 |
| | | 09/11/2015 | TRANSFER | $18,056.11 |
| | | 09/11/2015 | TRANSFER | $833.33 |
| | | 09/25/2015 | TRANSFER | $16,968.04 |
| | | 09/25/2015 | TRANSFER | $833.33 |
| | | 10/14/2015 | TRANSFER | $21,795.82 |
| | | 10/14/2015 | TRANSFER | $1,000.00 |
| | SUBTOTAL FOR:  ADP/CHARLESSCHWAB/401K | | | $137,999.87 |
| ADP/PAYROLL TAXES | | | | |
| | | 07/31/2015 | TRANSFER | $68,491.42 |
| | | 07/31/2015 | TRANSFER | $254.88 |
| | | 08/28/2015 | TRANSFER | $257.80 |
| | | 08/28/2015 | TRANSFER | $68,391.90 |
| | | 09/11/2015 | TRANSFER | $128.90 |
| | | 09/11/2015 | TRANSFER | $30,656.84 |
| | | 09/25/2015 | TRANSFER | $31,158.86 |
| | | 09/25/2015 | TRANSFER | $167.22 |
| | | 10/14/2015 | TRANSFER | $59,752.92 |
| | | 10/14/2015 | TRANSFER | $872.33 |
| | SUBTOTAL FOR:  ADP/PAYROLL TAXES | | | $260,133.07 |
| ADP/PAYROLL | | | | |
| | | 07/31/2015 | TRANSFER | $119,909.40 |
| | | 08/28/2015 | TRANSFER | $120,006.00 |
| | | 09/11/2015 | TRANSFER | $59,617.85 |
| | | 09/25/2015 | TRANSFER | $62,017.84 |
| | | 10/14/2015 | TRANSFER | $104,732.46 |
| | SUBTOTAL FOR:  ADP/PAYROLL | | | $466,283.55 |
| AMERICAN EXPRESS PO BOX 650448 DALLAS, TX 75265-0448 | | | | |
| | 0000000415 | 08/24/2015 | TRANSFER | $19,655.20 |
| | 0000000434 | 09/25/2015 | TRANSFER | $17,160.01 |
| | 0000000442 | 10/20/2015 | TRANSFER | $3,062.30 |
| | SUBTOTAL FOR:  AMERICAN EXPRESS | | | $39,877.51 |
| ANTHEM BLUE CROSS &BLUE SHIELD PO BOX 105124 ATLANTA, GA 30348-5124 | | | | |
| | 0000011334 | 08/18/2015 | CHECK | $72,028.34 |
| | 0000011362 | 09/17/2015 | CHECK | $90,342.96 |
| | SUBTOTAL FOR:  ANTHEM BLUE CROSS &BLUE SHIELD | | | $162,371.30 |
| AUTOMATIC DATA PROCESSING, INC. CINCINNATI REGION DEPARTMENT 651 DENVER, CO 80271-0651 | | | | |
| | 0000000583 | 07/31/2015 | TRANSFER | $6,711.27 |
| | 0000000587 | 09/04/2015 | TRANSFER | $6,711.27 |
| | 0000000589 | 10/02/2015 | TRANSFER | $6,688.37 |
| | SUBTOTAL FOR:  AUTOMATIC DATA PROCESSING, INC. | | | $20,110.91 |

## SOFA 3b
## PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING
## RAAM GLOBAL ENERGY COMPANY, CASE NO. 15-35615

| NAME AND ADDRESS | CHECK OR WIRE NBR | PAYMENT DATE | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|
| BLACKHILL PARTNERS LLC<br>2651 N HARWOOD STREET, SUITE 120<br>DALLAS, TX 75201 | | | | |
| | 0000000419 | 09/03/2015 | TRANSFER | $249,500.00 |
| | 0000000423 | 09/14/2015 | TRANSFER | $49,500.00 |
| | 0000000426 | 09/17/2015 | TRANSFER | $49,500.00 |
| | 0000000433 | 09/28/2015 | TRANSFER | $49,500.00 |
| | 0000000436 | 09/29/2015 | TRANSFER | $49,500.00 |
| | 0000000443 | 10/23/2015 | TRANSFER | $238,289.16 |
| | | **SUBTOTAL FOR: BLACKHILL PARTNERS LLC** | | $685,789.16 |
| BMC GROUP INC.<br>600 FIRST AVENUE, STE 300<br>SEATTLE, WA 98104 | | | | |
| | 0000000407 | 08/14/2015 | TRANSFER | $20,000.00 |
| | 0000000448 | 10/20/2015 | TRANSFER | $5,000.00 |
| | | **SUBTOTAL FOR: BMC GROUP INC.** | | $25,000.00 |
| BUSINESS PROPERTY LENDING, INC.<br>EVERBANK<br>PO BOX 402363<br>ATLANTA, GA 30384-2363 | | | | |
| | 0000000414 | 08/21/2015 | TRANSFER | $27,123.86 |
| | 0000000430 | 09/24/2015 | TRANSFER | $27,123.86 |
| | | **SUBTOTAL FOR: BUSINESS PROPERTY LENDING, INC.** | | $54,247.72 |
| CREEL & ASSOCIATES, INC<br>2051 GREENHOUSE ROAD, SUITE 310<br>HOUSTON, TX 77084-7341 | | | | |
| | 0000000447 | 10/23/2015 | TRANSFER | $30,000.00 |
| | | **SUBTOTAL FOR: CREEL & ASSOCIATES, INC** | | $30,000.00 |
| EMMET, MARVIN & MARTIN, LLP<br>120 BROADWAY<br>NEW YORK, NY 10271 | | | | |
| | 0000000424 | 09/14/2015 | TRANSFER | $55,535.00 |
| | | **SUBTOTAL FOR: EMMET, MARVIN & MARTIN, LLP** | | $55,535.00 |
| ENERTIA SOFTWARE<br>125 WEST MISSOURI<br>MIDLAND, TX 79701 | | | | |
| | 0000011375 | 09/29/2015 | CHECK | $17,809.98 |
| | | **SUBTOTAL FOR: ENERTIA SOFTWARE** | | $17,809.98 |
| ENTERGY GULF STATES, INC.<br>PO BOX 8104<br>BATON ROUGE, LA 70891-8104 | | | | |
| | 0000011317 | 08/10/2015 | CHECK | $2,640.43 |
| | 0000011358 | 09/09/2015 | CHECK | $2,679.45 |
| | 0000011397 | 10/17/2015 | CHECK | $3,552.93 |
| | | **SUBTOTAL FOR: ENTERGY GULF STATES, INC.** | | $8,872.81 |
| EPIQ BANKRUPTCY SOLUTIONS LLC<br>777 THIRD AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017 | | | | |
| | 0000011357 | 08/27/2015 | CHECK | $10,179.79 |
| | 0000011394 | 09/29/2015 | CHECK | $3,011.01 |
| | | **SUBTOTAL FOR: EPIQ BANKRUPTCY SOLUTIONS LLC** | | $13,190.80 |
| ERIC B SPILLMON<br>414 WESTWOOD DR<br>MANDEVILLE, LA 70471 | | | | |
| | 0000011402 | 10/20/2015 | CHECK | $12,000.00 |
| | | **SUBTOTAL FOR: ERIC B SPILLMON** | | $12,000.00 |

## SOFA 3b
## PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING
## RAAM GLOBAL ENERGY COMPANY, CASE NO. 15-35615

| NAME AND ADDRESS | CHECK OR WIRE NBR | PAYMENT DATE | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|
| ERNST & YOUNG, LLP<br>PITTSBG NTNL BNK - PITT 640382<br>PO BOX 640382<br>PITTSBURGH, PA 15264-0382 | | | | |
| | 0000000403 | 07/30/2015 | TRANSFER | $69,500.00 |
| | 0000000427 | 09/17/2015 | TRANSFER | $36,700.00 |
| | | SUBTOTAL FOR: ERNST & YOUNG, LLP | | $106,200.00 |
| JEFF T CRAYCRAFT<br>1537 BULL LEA ROAD, SUITE 200<br>LEXINGTON, KY 40511 | | | | |
| | 0000011365 | 09/25/2015 | CHECK | $1,616.20 |
| | 0000011398 | 10/20/2015 | CHECK | $16,250.00 |
| | | SUBTOTAL FOR: JEFF T CRAYCRAFT | | $17,866.20 |
| KIRKLAND & ELLIS LLP<br>600 TRAVIS STREET, SUITE 2400<br>HOUSTON, TX 77002 | | | | |
| | 0000000409 | 08/17/2015 | TRANSFER | $58,107.99 |
| | 0000000413 | 08/21/2015 | TRANSFER | $56,611.80 |
| | 0000000429 | 09/18/2015 | TRANSFER | $107,272.88 |
| | 0000000444 | 10/23/2015 | TRANSFER | $57,609.91 |
| | | SUBTOTAL FOR: KIRKLAND & ELLIS LLP | | $279,602.58 |
| LATHAM & WATKINS LLP<br>PO BOX 2201<br>CAROL STREAM, IL 60132-2201 | | | | |
| | 0000000404 | 08/10/2015 | TRANSFER | $58,999.01 |
| | 0000000417 | 08/28/2015 | TRANSFER | $52,797.68 |
| | 0000000440 | 10/17/2015 | TRANSFER | $13,074.55 |
| | 0000000446 | 10/23/2015 | TRANSFER | $2,615.00 |
| | | SUBTOTAL FOR: LATHAM & WATKINS LLP | | $127,486.24 |
| MOELIS & COMPANY LLC<br>399 PARK AVENUE, 5TH FLOOR<br>NEW YORK, NY 10022 | | | | |
| | 0000000405 | 08/10/2015 | TRANSFER | $125,000.00 |
| | 0000000420 | 09/03/2015 | TRANSFER | $105,347.50 |
| | 0000000432 | 09/28/2015 | TRANSFER | $17,964.70 |
| | 0000000439 | 10/15/2015 | TRANSFER | $101,624.32 |
| | | SUBTOTAL FOR: MOELIS & COMPANY LLC | | $349,936.52 |
| NETWORK BILLING SYSTEMS, LLC<br>DBA FUSION<br>PO BOX 74712<br>CLEVELAND, OH 44194-4712 | | | | |
| | 0000011331 | 08/14/2015 | CHECK | $3,037.67 |
| | 0000011392 | 09/29/2015 | CHECK | $3,040.59 |
| | 0000011423 | 10/20/2015 | CHECK | $4,206.53 |
| | | SUBTOTAL FOR: NETWORK BILLING SYSTEMS, LLC | | $10,284.79 |
| POSTLETHWAITE & NETTERVILLE,APAC<br>ONE GALLERIA BOULEVARD<br>SUITE 2100<br>METAIRIE, LA 70001 | | | | |
| | 0000011404 | 10/20/2015 | CHECK | $30,000.00 |
| | | SUBTOTAL FOR: POSTLETHWAITE & NETTERVILLE,APAC | | $30,000.00 |
| STEVEN J PULLY<br>4564 MEADOWOOD ROAD<br>DALLAS, TX 75220 | | | | |
| | 0000000441 | 10/17/2015 | TRANSFER | $22,500.00 |
| | | SUBTOTAL FOR: STEVEN J PULLY | | $22,500.00 |

## SOFA 3b
## PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING
## RAAM GLOBAL ENERGY COMPANY, CASE NO. 15-35615

| NAME AND ADDRESS | CHECK OR WIRE NBR | PAYMENT DATE | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|
| THE BANK OF NEW YORK MELLON CORPORATE TRUST DEPARTMENT PO BOX 392013 PITTSBURGH, PA 15251-9013 | | | | |
| | 0000011321 | 08/14/2015 | CHECK | $3,200.00 |
| | 0000011364 | 09/17/2015 | CHECK | $2,400.00 |
| | 0000011403 | 10/20/2015 | CHECK | $3,080.00 |
| | | SUBTOTAL FOR:  THE BANK OF NEW YORK MELLON | | $8,680.00 |
| THE GETTY LAW GROUP PLLC 1900 LEXINGTON FINANCIAL CENTER 250 WEST MAIN STREET LEXINGTON, KY 40509 | | | | |
| | 0000000421 | 09/10/2015 | TRANSFER | $20,000.00 |
| | | SUBTOTAL FOR:  THE GETTY LAW GROUP PLLC | | $20,000.00 |
| THE GUARDIAN INSURANCE CO. OF AMERICA PO BOX 677458 DALLAS, TX 75267-7458 | | | | |
| | 0000011342 | 08/21/2015 | CHECK | $6,919.55 |
| | 0000011367 | 09/25/2015 | CHECK | $7,097.98 |
| | | SUBTOTAL FOR:  THE GUARDIAN INSURANCE CO. OF | | $14,017.53 |
| VINSON & ELKINS L L P PO BOX 301019 DALLAS, TX 75303-1019 | | | | |
| | 0000000400 | 07/28/2015 | TRANSFER | $750,000.00 |
| | 0000000402 | 07/28/2015 | TRANSFER | $475,625.35 |
| | 0000000406 | 08/04/2015 | TRANSFER | $214,600.00 |
| | 0000000408 | 08/14/2015 | TRANSFER | $211,427.64 |
| | 0000000412 | 08/18/2015 | TRANSFER | $120,139.92 |
| | 0000000416 | 08/25/2015 | TRANSFER | $128,975.30 |
| | 0000000418 | 09/01/2015 | TRANSFER | $74,505.07 |
| | 0000000425 | 09/11/2015 | TRANSFER | $79,044.30 |
| | 0000000428 | 09/17/2015 | TRANSFER | $57,477.30 |
| | 0000000431 | 09/24/2015 | TRANSFER | $82,822.30 |
| | 0000000437 | 10/15/2015 | TRANSFER | $69,506.93 |
| | 0000000438 | 10/15/2015 | TRANSFER | $85,791.52 |
| | 0000000449 | 10/20/2015 | TRANSFER | $1,681.42 |
| | 0000011399 | 10/20/2015 | CHECK | $54,217.50 |
| | 0000000445 | 10/23/2015 | TRANSFER | $132,848.75 |
| | | SUBTOTAL FOR:  VINSON & ELKINS L L P | | $2,538,663.30 |
| WAGEWORKS, INC. 1100 PARK PLACE, 4TH FLOOR SAN MATEO, CA 94403 | | | | |
| | 0000000584 | 07/31/2015 | TRANSFER | $5,866.10 |
| | 0000000585 | 08/07/2015 | TRANSFER | $95.00 |
| | 0000000586 | 08/31/2015 | TRANSFER | $1,035.84 |
| | 0000000588 | 09/11/2015 | TRANSFER | $95.00 |
| | 0000000590 | 09/30/2015 | TRANSFER | $4,211.15 |
| | 0000000591 | 10/19/2015 | TRANSFER | $95.00 |
| | | SUBTOTAL FOR:  WAGEWORKS, INC. | | $11,398.09 |
| WILMINGTON TRUST, N A 50 SOUTH SIXTH STREET, STE 1290 MINNEAPOLIS, MN 55402 | | | | |
| | 0000000410 | 08/17/2015 | TRANSFER | $779,678.89 |
| | | SUBTOTAL FOR:  WILMINGTON TRUST, N A | | $779,678.89 |
| | | TOTAL | | $6,305,535.82 |

**SOFA 3c**

**PAYMENTS TO INSIDERS MADE WITHIN 1 YEAR PRIOR TO FILING**

**RAAM GLOBAL ENERGY COMPANY, CASE NO. 15-35615**

| NAME AND ADDRESS | RELATIONSHIP TO DEBTOR | PAYMENT DATE | CHECK OR WIRE NBR | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|---|
| ATMA INVESTMENTS, LLC 1537 BULL LEA RD, STE 200 LEXINGTON, KY 40511 | HOWARD SETTLE OWNS 100% SHAREHOLDER INTEREST | | | | |
| | | 12/18/2014 | 0000010847 | CHECK | $174,297.00 |
| | | | | **SUBTOTAL** | $174,297.00 |
| ELIZABETH A BARR THREE LAKEWAY CENTER, STE 2800 3838 NORTH CAUSEWAY BLVD METAIRIE, LA 70002 | VICE PRESIDENT ADMINISTRATION; 0.59% SHAREHOLDER | | | | |
| | | 11/14/2014 | | DIRECT DEPOSIT | $9,656.25 |
| | | 12/01/2014 | | DIRECT DEPOSIT | $19,312.50 |
| | | 01/01/2015 | | DIRECT DEPOSIT | $19,312.50 |
| | | 02/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | 03/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | 04/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | 05/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | 06/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | 07/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | 08/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | 09/15/2015 | | DIRECT DEPOSIT | $9,945.94 |
| | | 09/30/2015 | | DIRECT DEPOSIT | $9,945.94 |
| | | 10/15/2015 | | DIRECT DEPOSIT | $9,945.94 |
| | | | | **SUBTOTAL** | $217,362.23 |
| HOWARD A SETTLE 1537 BULL LEA ROAD SUITE 200 LEXINGTON, KY 40511 | CHAIRMAN OF BOARD, FORMER PRESIDENT AND CEO; 48.42% SHAREHOLDER | | | | |
| | | 11/14/2014 | | DIRECT DEPOSIT | $27,810.00 |
| | | 12/01/2014 | | DIRECT DEPOSIT | $27,810.00 |
| | | 01/01/2015 | | DIRECT DEPOSIT | $27,810.00 |
| | | 02/01/2015 | | DIRECT DEPOSIT | $28,644.30 |
| | | 03/01/2015 | | DIRECT DEPOSIT | $28,644.30 |
| | | 03/20/2015 | 0000011029 | CHECK | $60.19 |
| | | 04/01/2015 | | DIRECT DEPOSIT | $28,644.30 |
| | | 05/01/2015 | | DIRECT DEPOSIT | $28,644.30 |
| | | 06/01/2015 | | DIRECT DEPOSIT | $28,644.30 |
| | | 07/01/2015 | | DIRECT DEPOSIT | $28,644.30 |
| | | 08/01/2015 | | DIRECT DEPOSIT | $28,644.30 |
| | | 09/15/2015 | | DIRECT DEPOSIT | $14,322.15 |
| | | 09/30/2015 | | DIRECT DEPOSIT | $14,322.15 |
| | | 10/15/2015 | | DIRECT DEPOSIT | $43,483.23 |
| | | | | **SUBTOTAL** | $356,127.82 |

## SOFA 3c
## PAYMENTS TO INSIDERS MADE WITHIN 1 YEAR PRIOR TO FILING
## RAAM GLOBAL ENERGY COMPANY, CASE NO. 15-35615

| NAME AND ADDRESS | RELATIONSHIP TO DEBTOR | PAYMENT DATE | CHECK OR WIRE NBR | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|---|
| JEFF T CRAYCRAFT 1537 BULL LEA ROAD, SUITE 200 LEXINGTON, KY 40511 | FORMER CHIEF FINANCIAL OFFICER AND TREASURER; 0.98% SHAREHOLDER | | | | |
| | | 11/14/2014 | | DIRECT DEPOSIT | $9,656.25 |
| | | 11/26/2014 | 0000010784 | CHECK | $2,064.43 |
| | | 12/01/2014 | | DIRECT DEPOSIT | $19,312.50 |
| | | 01/01/2015 | | DIRECT DEPOSIT | $19,312.50 |
| | | 02/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | 03/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | 03/30/2015 | 0000011046 | CHECK | $66.00 |
| | | 04/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | 05/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | 06/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | 07/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | 08/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | 09/15/2015 | | DIRECT DEPOSIT | $9,945.94 |
| | | 09/25/2015 | 0000011365 | CHECK | $1,616.20 |
| | | 09/30/2015 | | DIRECT DEPOSIT | $9,945.94 |
| | | 10/15/2015 | | DIRECT DEPOSIT | $19,509.34 |
| | | 10/20/2015 | 0000011398 | CHECK | $16,250.00 |
| | | | | **SUBTOTAL** | $246,922.26 |
| JONATHAN B RUDNEY THREE LAKEWAY CENTER, STE 2800 3838 NORTH CAUSEWAY BLVD METAIRIE, LA 70002 | BOARD MEMBER; 12.7% SHAREHOLDER | | | | |
| | | 01/12/2015 | 0000010897 | CHECK | $3,688.25 |
| | | 06/30/2015 | 0000011253 | CHECK | $3,323.49 |
| | | | | **SUBTOTAL** | $7,011.74 |
| KENNETH YOUNG 1537 BULL LEA ROAD, SUITE 200 LEXINGTON, KY 40511 | FORMER CHIEF OPERATING OFFICER; 0.27% SHAREHOLDER | | | | |
| | | 11/14/2014 | | DIRECT DEPOSIT | $36,479.17 |
| | | 12/01/2014 | | DIRECT DEPOSIT | $36,479.17 |
| | | 01/01/2015 | | DIRECT DEPOSIT | $36,479.17 |
| | | 02/01/2015 | | DIRECT DEPOSIT | $37,573.58 |
| | | 03/01/2015 | | DIRECT DEPOSIT | $37,573.58 |
| | | 04/01/2015 | | DIRECT DEPOSIT | $37,573.58 |
| | | 05/01/2015 | | DIRECT DEPOSIT | $63,586.06 |
| | | 05/28/2015 | 0000011178 | CHECK | $3,190.69 |
| | | 07/17/2015 | 0000011287 | CHECK | $2,912.31 |
| | | | | **SUBTOTAL** | $291,847.31 |

**SOFA 3c**

**PAYMENTS TO INSIDERS MADE WITHIN 1 YEAR PRIOR TO FILING**

**RAAM GLOBAL ENERGY COMPANY, CASE NO. 15-35615**

| NAME AND ADDRESS | RELATIONSHIP TO DEBTOR | PAYMENT DATE | CHECK OR WIRE NBR | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|---|
| LEON M SMITH THREE LAKEWAY CENTER, STE 2800 3838 NORTH CAUSEWAY BLVD METAIRIE, LA 70002 | TREASURER; 0.20% SHAREHOLDER | | | | |
| | | 11/14/2014 | | DIRECT DEPOSIT | $12,500.00 |
| | | 12/01/2014 | | DIRECT DEPOSIT | $12,500.00 |
| | | 01/01/2015 | | DIRECT DEPOSIT | $12,500.00 |
| | | 02/01/2015 | | DIRECT DEPOSIT | $12,750.00 |
| | | 03/01/2015 | | DIRECT DEPOSIT | $12,750.00 |
| | | 04/01/2015 | | DIRECT DEPOSIT | $12,750.00 |
| | | 05/01/2015 | | DIRECT DEPOSIT | $12,750.00 |
| | | 06/01/2015 | | DIRECT DEPOSIT | $12,750.00 |
| | | 07/01/2015 | | DIRECT DEPOSIT | $12,750.00 |
| | | 08/01/2015 | | DIRECT DEPOSIT | $12,750.00 |
| | | 09/15/2015 | | DIRECT DEPOSIT | $6,375.00 |
| | | 09/30/2015 | | DIRECT DEPOSIT | $6,375.00 |
| | | 10/15/2015 | | DIRECT DEPOSIT | $6,375.00 |
| | | | | **SUBTOTAL** | **$145,875.00** |
| MICHAEL J WILLIS THREE LAKEWAY CENTER, STE 2800 3838 NORTH CAUSEWAY BLVD METAIRIE, LA 70002 | PRESIDENT AND BOARD MEMBER; 0.41% SHAREHOLDER | | | | |
| | | 11/14/2014 | | DIRECT DEPOSIT | $18,883.34 |
| | | 12/01/2014 | | DIRECT DEPOSIT | $18,883.34 |
| | | 01/01/2015 | | DIRECT DEPOSIT | $18,883.34 |
| | | 02/01/2015 | | DIRECT DEPOSIT | $19,449.84 |
| | | 03/01/2015 | | DIRECT DEPOSIT | $19,449.84 |
| | | 04/01/2015 | | DIRECT DEPOSIT | $19,449.84 |
| | | 05/01/2015 | | DIRECT DEPOSIT | $19,449.84 |
| | | 06/01/2015 | | DIRECT DEPOSIT | $19,449.84 |
| | | 07/01/2015 | | DIRECT DEPOSIT | $19,449.84 |
| | | 08/01/2015 | | DIRECT DEPOSIT | $19,449.84 |
| | | 09/15/2015 | | DIRECT DEPOSIT | $9,724.92 |
| | | 09/30/2015 | | DIRECT DEPOSIT | $9,724.92 |
| | | 10/15/2015 | | DIRECT DEPOSIT | $9,724.92 |
| | | | | **SUBTOTAL** | **$221,973.66** |

## SOFA 3c
## PAYMENTS TO INSIDERS MADE WITHIN 1 YEAR PRIOR TO FILING
## RAAM GLOBAL ENERGY COMPANY, CASE NO. 15-35615

| NAME AND ADDRESS | RELATIONSHIP TO DEBTOR | PAYMENT DATE | CHECK OR WIRE NBR | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|---|
| PAIGE D LEE<br>THREE LAKEWAY CENTER, STE 2800<br>3838 NORTH CAUSEWAY BLVD<br>METAIRIE, LA 70002 | SECRETARY, 0.08% SHAREHOLDER | | | | |
| | | 11/14/2014 | | DIRECT DEPOSIT | $11,250.00 |
| | | 12/01/2014 | | DIRECT DEPOSIT | $11,250.00 |
| | | 01/01/2015 | | DIRECT DEPOSIT | $11,250.00 |
| | | 02/01/2015 | | DIRECT DEPOSIT | $11,587.50 |
| | | 03/01/2015 | | DIRECT DEPOSIT | $11,587.50 |
| | | 04/01/2015 | | DIRECT DEPOSIT | $11,587.50 |
| | | 05/01/2015 | | DIRECT DEPOSIT | $11,587.50 |
| | | 06/01/2015 | | DIRECT DEPOSIT | $11,587.50 |
| | | 07/01/2015 | | DIRECT DEPOSIT | $11,587.50 |
| | | 08/01/2015 | | DIRECT DEPOSIT | $11,587.50 |
| | | 09/15/2015 | | DIRECT DEPOSIT | $5,793.75 |
| | | 09/30/2015 | | DIRECT DEPOSIT | $5,793.75 |
| | | 10/15/2015 | | DIRECT DEPOSIT | $5,793.75 |
| | | | | **SUBTOTAL** | $132,243.75 |
| RAM DEVELOPMENT COMPANY, LLC | | | | | |
| | | 10/30/2014 | 0000010734 | CHECK | $19,625.14 |
| | | 12/18/2014 | 0000010848 | CHECK | $14,688.04 |
| | | 01/12/2015 | 0000010896 | CHECK | $18,160.39 |
| | | 02/26/2015 | 0000010997 | CHECK | $27,127.78 |
| | | 04/22/2015 | 0000011100 | CHECK | $26,016.90 |
| | | | | **SUBTOTAL** | $105,618.25 |
| ROBERT E FOX<br>JURA ENERGY CONSULTANTS<br>PO BOX 23540<br>LEXINGTON, KY 40523 | BOARD MEMBER; 0.24% SHAREHOLDER | | | | |
| | | 11/07/2014 | 0000010767 | CHECK | $2,500.00 |
| | | 01/29/2015 | 0000010916 | CHECK | $2,500.00 |
| | | 05/08/2015 | 0000011142 | CHECK | $2,500.00 |
| | | 07/17/2015 | 0000011277 | CHECK | $2,500.00 |
| | | | | **SUBTOTAL** | $10,000.00 |

**SOFA 3c**

**PAYMENTS TO INSIDERS MADE WITHIN 1 YEAR PRIOR TO FILING**

**RAAM GLOBAL ENERGY COMPANY, CASE NO. 15-35615**

| NAME AND ADDRESS | RELATIONSHIP TO DEBTOR | PAYMENT DATE | CHECK OR WIRE NBR | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|---|
| THOMAS M LEWRY<br>THREE LAKEWAY CENTER, STE 2800<br>3838 NORTH CAUSEWAY BLVD<br>METAIRIE, LA 70002 | BOARD MEMBER; 2.57% SHAREHOLDER | | | | |
| | | 11/14/2014 | | DIRECT DEPOSIT | $8,638.01 |
| | | 12/01/2014 | | DIRECT DEPOSIT | $8,638.01 |
| | | 01/01/2015 | | DIRECT DEPOSIT | $8,638.01 |
| | | 02/01/2015 | | DIRECT DEPOSIT | $8,638.01 |
| | | 03/01/2015 | | DIRECT DEPOSIT | $8,638.01 |
| | | 04/01/2015 | | DIRECT DEPOSIT | $8,638.01 |
| | | 05/01/2015 | | DIRECT DEPOSIT | $8,638.01 |
| | | 06/01/2015 | | DIRECT DEPOSIT | $8,638.01 |
| | | 07/01/2015 | | DIRECT DEPOSIT | $10,929.67 |
| | | 08/01/2015 | | DIRECT DEPOSIT | $10,929.67 |
| | | 09/15/2015 | | DIRECT DEPOSIT | $5,464.84 |
| | | 09/30/2015 | | DIRECT DEPOSIT | $5,464.84 |
| | | 10/15/2015 | | DIRECT DEPOSIT | $5,464.84 |
| | | | | **SUBTOTAL** | $107,357.94 |
| | | | | **TOTAL** | $2,016,636.96 |

In re:  RAAM GLOBAL ENERGY COMPANY                                              Case No.15-35615

**STATEMENT OF FINANCIAL AFFAIRS - RIDER 9.**

Payments related to debt counseling or bankruptcy  *

| Name/Address of Payee | Dates of Payments | Name of Payer if Other than Debtor | | Amount Paid |
|---|---|---|---|---|
| Vinson & Elkins LLP | 10/23/2015 | RAAM Global Energy Company | $ | 132,848.75 |
| First City Tower | 10/20/2015 | RAAM Global Energy Company | $ | 1,681.42 |
| 1001 Fannin Street, Suite 2500 | 10/20/2015 | RAAM Global Energy Company | $ | 54,217.50 |
| Houston, TX 77002-6760 | 10/15/2015 | RAAM Global Energy Company | $ | 69,506.93 |
| (Attorneys for Debtors) | 10/15/2015 | RAAM Global Energy Company | $ | 85,791.52 |
| | 9/24/2015 | RAAM Global Energy Company | $ | 82,822.30 |
| | 9/17/2015 | RAAM Global Energy Company | $ | 57,477.30 |
| | 9/11/2015 | RAAM Global Energy Company | $ | 79,044.30 |
| | 9/1/2015 | RAAM Global Energy Company | $ | 74,505.07 |
| | 8/25/2015 | RAAM Global Energy Company | $ | 128,975.30 |
| | 8/18/2015 | RAAM Global Energy Company | $ | 120,139.92 |
| | 8/14/2015 | RAAM Global Energy Company | $ | 211,427.64 |
| | 8/4/2015 | RAAM Global Energy Company | $ | 214,600.00 |
| | 7/28/2015 | RAAM Global Energy Company | $ | 750,000.00 |
| | 7/28/2015 | RAAM Global Energy Company | $ | 475,625.35 |
| | 7/23/2015 | RAAM Global Energy Company | $ | 428,170.05 |
| | 6/30/2015 | RAAM Global Energy Company | $ | 470,822.79 |
| | 5/4/2015 | RAAM Global Energy Company | $ | 437,708.11 |
| | 4/29/2015 | RAAM Global Energy Company | $ | 61,250.91 |
| | 3/12/2015 | RAAM Global Energy Company | $ | 16,014.21 |
| | 2/26/2015 | RAAM Global Energy Company | $ | 109,597.65 |
| | 1/12/2015 | RAAM Global Energy Company | $ | 32,857.24 |
| | 12/30/2014 | RAAM Global Energy Company | $ | 45,618.75 |
| | 12/4/2014 | RAAM Global Energy Company | $ | 1,982.50 |
| | 10/30/2014 | RAAM Global Energy Company | $ | 287,642.15 |
| | 4/29/2015 | Century Exploration New Orleans LLC | $ | 923.22 |
| | 3/30/2015 | Century Exploration New Orleans LLC | $ | 39,764.72 |
| | 2/26/2015 | Century Exploration New Orleans LLC | $ | 2,897.50 |
| | 1/12/2015 | Century Exploration New Orleans LLC | $ | 8,508.74 |
| | 12/30/2014 | Century Exploration New Orleans LLC | $ | 46,031.90 |
| | 11/7/2014 | Century Exploration New Orleans LLC | $ | 59,810.41 |
| | 10/30/2014 | Century Exploration New Orleans LLC | $ | 17,393.80 |
| | | Total Paid Within 1 Year of Petition Date: | $ | 4,605,657.95 |
| | | | | |
| Blackhill Partners LLC | 9/3/2015 | RAAM Global Energy Company | $ | 249,500.00 |
| 2651 N Harwood Street, Suite 120 | 9/14/2015 | RAAM Global Energy Company | $ | 49,500.00 |
| Dallas, TX 75201 | 9/17/2015 | RAAM Global Energy Company | $ | 49,500.00 |
| (Chief Restructuring Officer - Debtors) | 9/28/2015 | RAAM Global Energy Company | $ | 49,500.00 |
| | 9/29/2015 | RAAM Global Energy Company | $ | 49,500.00 |
| | 10/23/2015 | RAAM Global Energy Company | $ | 238,289.16 |
| | | Total Paid Within 1 Year of Petition Date: | $ | 685,789.16 |

In re:  RAAM GLOBAL ENERGY COMPANY                                                           Case No.15-35615

**STATEMENT OF FINANCIAL AFFAIRS - RIDER 9.**

**Payments related to debt counseling or bankruptcy  ***

| Name/Address of Payee | Dates of Payments | Name of Payer if Other than Debtor | | Amount Paid |
|---|---|---|---|---|
| BMC Group, Inc. | 7/22/2015 | RAAM Global Energy Company | $ | 20,000.00 |
| 600 First Ave, Ste 623 | 8/14/2015 | RAAM Global Energy Company | $ | 20,000.00 |
| Seattle, WA 98104 | 10/20/2015 | RAAM Global Energy Company | $ | 5,000.00 |
| (Claims, Noticing & Balloting Agent) | | Total Paid Within 1 Year of Petition Date: | $ | 45,000.00 |
| | | | | |
| Moelis & Company LLC | 10/30/2014 | RAAM Global Energy Company | $ | 52,759.88 |
| 399 Park Avenue, 5th Avenue | 12/30/2014 | RAAM Global Energy Company | $ | 102,726.64 |
| New York, NY 10022 | 1/29/2015 | RAAM Global Energy Company | $ | 50,363.82 |
| (Investment Bankers) | 2/26/2015 | RAAM Global Energy Company | $ | 50,590.30 |
| | 4/17/2015 | RAAM Global Energy Company | $ | 118,567.26 |
| | 6/29/2015 | RAAM Global Energy Company | $ | 104,559.44 |
| | 7/17/2015 | RAAM Global Energy Company | $ | 55,613.15 |
| | 8/10/2015 | RAAM Global Energy Company | $ | 125,000.00 |
| | 9/3/2015 | RAAM Global Energy Company | $ | 105,347.50 |
| | 9/28/2015 | RAAM Global Energy Company | $ | 17,964.70 |
| | 10/15/2015 | RAAM Global Energy Company | $ | 101,624.32 |
| | | Total Paid Within 1 Year of Petition Date: | $ | 885,117.01 |

* The payments listed herein made by RAAM Global Energy Company  and Century Exploration New Orleans LLC were on behalf of themselves and related companies in contemplation of and in connection with the pending bankruptcy cases filed in the United States Bankruptcy Court, Southern District of Texas.

**SOFA 23**

**WITHDRAWALS AND DISTRIBUTIONS TO INSIDERS MADE WITHIN 1 YEAR PRIOR TO FILING**

**RAAM GLOBAL ENERGY COMPANY, CASE NO. 15-35615**

| NAME AND ADDRESS | RELATIONSHIP TO DEBTOR | PURPOSE OF PAYMENT | PAYMENT DATE | CHECK OR WIRE NBR | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|---|---|
| ATMA INVESTMENTS, LLC<br>1537 BULL LEA RD, STE 200<br>LEXINGTON, KY 40511 | HOWARD SETTLE OWNS 100% SHAREHOLDER INTEREST | | | | | |
| | | PREPAID RENT | 12/18/2014 | 0000010847 | CHECK | $174,297.00 |
| | | | | | **SUBTOTAL** | **$174,297.00** |
| ELIZABETH A BARR<br>THREE LAKEWAY CENTER, STE 2800<br>3838 NORTH CAUSEWAY BLVD<br>METAIRIE, LA 70002 | VICE PRESIDENT ADMINISTRATION; 0.59% SHAREHOLDER | | | | | |
| | | PAYROLL PAYMENT | 11/14/2014 | | DIRECT DEPOSIT | $9,656.25 |
| | | PAYROLL PAYMENT | 12/01/2014 | | DIRECT DEPOSIT | $19,312.50 |
| | | PAYROLL PAYMENT | 01/01/2015 | | DIRECT DEPOSIT | $19,312.50 |
| | | PAYROLL PAYMENT | 02/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | PAYROLL PAYMENT | 03/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | PAYROLL PAYMENT | 04/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | PAYROLL PAYMENT | 05/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | PAYROLL PAYMENT | 06/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | PAYROLL PAYMENT | 07/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | PAYROLL PAYMENT | 08/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | PAYROLL PAYMENT | 09/15/2015 | | DIRECT DEPOSIT | $9,945.94 |
| | | PAYROLL PAYMENT | 09/30/2015 | | DIRECT DEPOSIT | $9,945.94 |
| | | PAYROLL PAYMENT | 10/15/2015 | | DIRECT DEPOSIT | $9,945.94 |
| | | | | | **SUBTOTAL** | **$217,362.23** |
| HOWARD A SETTLE<br>1537 BULL LEA ROAD<br>SUITE 200<br>LEXINGTON, KY 40511 | CHAIRMAN OF BOARD, FORMER PRESIDENT AND CEO; 48.42% SHAREHOLDER | | | | | |
| | | PAYROLL PAYMENT | 11/14/2014 | | DIRECT DEPOSIT | $27,810.00 |
| | | PAYROLL PAYMENT | 12/01/2014 | | DIRECT DEPOSIT | $27,810.00 |
| | | PAYROLL PAYMENT | 01/01/2015 | | DIRECT DEPOSIT | $27,810.00 |
| | | PAYROLL PAYMENT | 02/01/2015 | | DIRECT DEPOSIT | $28,644.30 |
| | | PAYROLL PAYMENT | 03/01/2015 | | DIRECT DEPOSIT | $28,644.30 |
| | | EXPENSE | 03/20/2015 | 0000011029 | CHECK | $60.19 |
| | | PAYROLL PAYMENT | 04/01/2015 | | DIRECT DEPOSIT | $28,644.30 |
| | | PAYROLL PAYMENT | 05/01/2015 | | DIRECT DEPOSIT | $28,644.30 |
| | | PAYROLL PAYMENT | 06/01/2015 | | DIRECT DEPOSIT | $28,644.30 |
| | | PAYROLL PAYMENT | 07/01/2015 | | DIRECT DEPOSIT | $28,644.30 |
| | | PAYROLL PAYMENT | 08/01/2015 | | DIRECT DEPOSIT | $28,644.30 |
| | | PAYROLL PAYMENT | 09/15/2015 | | DIRECT DEPOSIT | $14,322.15 |
| | | PAYROLL PAYMENT | 09/30/2015 | | DIRECT DEPOSIT | $14,322.15 |
| | | PAYROLL PAYMENT | 10/15/2015 | | DIRECT DEPOSIT | $43,483.23 |
| | | | | | **SUBTOTAL** | **$356,127.82** |

**SOFA 23**

**WITHDRAWALS AND DISTRIBUTIONS TO INSIDERS MADE WITHIN 1 YEAR PRIOR TO FILING**

**RAAM GLOBAL ENERGY COMPANY, CASE NO. 15-35615**

| NAME AND ADDRESS | RELATIONSHIP TO DEBTOR | PURPOSE OF PAYMENT | PAYMENT DATE | CHECK OR WIRE NBR | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|---|---|
| JEFF T CRAYCRAFT<br>1537 BULL LEA ROAD, SUITE 200<br>LEXINGTON, KY 40511 | FORMER CHIEF FINANCIAL OFFICER AND TREASURER; 0.98% SHAREHOLDER | | | | | |
| | | PAYROLL PAYMENT | 11/14/2014 | | DIRECT DEPOSIT | $9,656.25 |
| | | TELEPHONE EXPENSE | 11/26/2014 | 0000010784 | CHECK | $2,064.43 |
| | | PAYROLL PAYMENT | 12/01/2014 | | DIRECT DEPOSIT | $19,312.50 |
| | | PAYROLL PAYMENT | 01/01/2015 | | DIRECT DEPOSIT | $19,312.50 |
| | | PAYROLL PAYMENT | 02/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | PAYROLL PAYMENT | 03/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | TRAVEL | 03/30/2015 | 0000011046 | CHECK | $66.00 |
| | | PAYROLL PAYMENT | 04/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | PAYROLL PAYMENT | 05/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | PAYROLL PAYMENT | 06/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | PAYROLL PAYMENT | 07/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | PAYROLL PAYMENT | 08/01/2015 | | DIRECT DEPOSIT | $19,891.88 |
| | | PAYROLL PAYMENT | 09/15/2015 | | DIRECT DEPOSIT | $9,945.94 |
| | | IT - EMPLOYEE PHONE | 09/25/2015 | 0000011365 | CHECK | $1,616.20 |
| | | PAYROLL PAYMENT | 09/30/2015 | | DIRECT DEPOSIT | $9,945.94 |
| | | PAYROLL PAYMENT | 10/15/2015 | | DIRECT DEPOSIT | $19,509.34 |
| | | CONSULTANT | 10/20/2015 | 0000011398 | CHECK | $16,250.00 |
| | | | | | **SUBTOTAL** | $246,922.26 |
| JONATHAN B RUDNEY<br>THREE LAKEWAY CENTER, STE 2800<br>3838 NORTH CAUSEWAY BLVD<br>METAIRIE, LA 70002 | BOARD MEMBER; 12.7% SHAREHOLDER | | | | | |
| | | VEHICLES AND | 01/12/2015 | 0000010897 | CHECK | $3,688.25 |
| | | TRAVEL | 06/30/2015 | 0000011253 | CHECK | $3,323.49 |
| | | | | | **SUBTOTAL** | $7,011.74 |
| KENNETH YOUNG<br>1537 BULL LEA ROAD, SUITE 200<br>LEXINGTON, KY 40511 | FORMER CHIEF OPERATING OFFICER; 0.27% SHAREHOLDER | | | | | |
| | | PAYROLL PAYMENT | 11/14/2014 | | DIRECT DEPOSIT | $36,479.17 |
| | | PAYROLL PAYMENT | 12/01/2014 | | DIRECT DEPOSIT | $36,479.17 |
| | | PAYROLL PAYMENT | 01/01/2015 | | DIRECT DEPOSIT | $36,479.17 |
| | | PAYROLL PAYMENT | 02/01/2015 | | DIRECT DEPOSIT | $37,573.58 |
| | | PAYROLL PAYMENT | 03/01/2015 | | DIRECT DEPOSIT | $37,573.58 |
| | | PAYROLL PAYMENT | 04/01/2015 | | DIRECT DEPOSIT | $37,573.58 |
| | | PAYROLL PAYMENT | 05/01/2015 | | DIRECT DEPOSIT | $63,586.06 |
| | | TRAVEL | 05/28/2015 | 0000011178 | CHECK | $3,190.69 |
| | | TRAVEL | 07/17/2015 | 0000011287 | CHECK | $2,912.31 |
| | | | | | **SUBTOTAL** | $291,847.31 |

**SOFA 23**

**WITHDRAWALS AND DISTRIBUTIONS TO INSIDERS MADE WITHIN 1 YEAR PRIOR TO FILING**

**RAAM GLOBAL ENERGY COMPANY, CASE NO. 15-35615**

| NAME AND ADDRESS | RELATIONSHIP TO DEBTOR | PURPOSE OF PAYMENT | PAYMENT DATE | CHECK OR WIRE NBR | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|---|---|
| LEON M SMITH<br>THREE LAKEWAY CENTER, STE 2800<br>3838 NORTH CAUSEWAY BLVD<br>METAIRIE, LA 70002 | TREASURER; 0.20% SHAREHOLDER | | | | | |
| | | PAYROLL PAYMENT | 11/14/2014 | | DIRECT DEPOSIT | $12,500.00 |
| | | PAYROLL PAYMENT | 12/01/2014 | | DIRECT DEPOSIT | $12,500.00 |
| | | PAYROLL PAYMENT | 01/01/2015 | | DIRECT DEPOSIT | $12,500.00 |
| | | PAYROLL PAYMENT | 02/01/2015 | | DIRECT DEPOSIT | $12,750.00 |
| | | PAYROLL PAYMENT | 03/01/2015 | | DIRECT DEPOSIT | $12,750.00 |
| | | PAYROLL PAYMENT | 04/01/2015 | | DIRECT DEPOSIT | $12,750.00 |
| | | PAYROLL PAYMENT | 05/01/2015 | | DIRECT DEPOSIT | $12,750.00 |
| | | PAYROLL PAYMENT | 06/01/2015 | | DIRECT DEPOSIT | $12,750.00 |
| | | PAYROLL PAYMENT | 07/01/2015 | | DIRECT DEPOSIT | $12,750.00 |
| | | PAYROLL PAYMENT | 08/01/2015 | | DIRECT DEPOSIT | $12,750.00 |
| | | PAYROLL PAYMENT | 09/15/2015 | | DIRECT DEPOSIT | $6,375.00 |
| | | PAYROLL PAYMENT | 09/30/2015 | | DIRECT DEPOSIT | $6,375.00 |
| | | PAYROLL PAYMENT | 10/15/2015 | | DIRECT DEPOSIT | $6,375.00 |
| | | | | | **SUBTOTAL** | $145,875.00 |
| MICHAEL J WILLIS<br>THREE LAKEWAY CENTER, STE 2800<br>3838 NORTH CAUSEWAY BLVD<br>METAIRIE, LA 70002 | PRESIDENT AND BOARD MEMBER; 0.41% SHAREHOLDER | | | | | |
| | | PAYROLL PAYMENT | 11/14/2014 | | DIRECT DEPOSIT | $18,883.34 |
| | | PAYROLL PAYMENT | 12/01/2014 | | DIRECT DEPOSIT | $18,883.34 |
| | | PAYROLL PAYMENT | 01/01/2015 | | DIRECT DEPOSIT | $18,883.34 |
| | | PAYROLL PAYMENT | 02/01/2015 | | DIRECT DEPOSIT | $19,449.84 |
| | | PAYROLL PAYMENT | 03/01/2015 | | DIRECT DEPOSIT | $19,449.84 |
| | | PAYROLL PAYMENT | 04/01/2015 | | DIRECT DEPOSIT | $19,449.84 |
| | | PAYROLL PAYMENT | 05/01/2015 | | DIRECT DEPOSIT | $19,449.84 |
| | | PAYROLL PAYMENT | 06/01/2015 | | DIRECT DEPOSIT | $19,449.84 |
| | | PAYROLL PAYMENT | 07/01/2015 | | DIRECT DEPOSIT | $19,449.84 |
| | | PAYROLL PAYMENT | 08/01/2015 | | DIRECT DEPOSIT | $19,449.84 |
| | | PAYROLL PAYMENT | 09/15/2015 | | DIRECT DEPOSIT | $9,724.92 |
| | | PAYROLL PAYMENT | 09/30/2015 | | DIRECT DEPOSIT | $9,724.92 |
| | | PAYROLL PAYMENT | 10/15/2015 | | DIRECT DEPOSIT | $9,724.92 |
| | | | | | **SUBTOTAL** | $221,973.66 |

**SOFA 23**

**WITHDRAWALS AND DISTRIBUTIONS TO INSIDERS MADE WITHIN 1 YEAR PRIOR TO FILING**

**RAAM GLOBAL ENERGY COMPANY, CASE NO. 15-35615**

| NAME AND ADDRESS | RELATIONSHIP TO DEBTOR | PURPOSE OF PAYMENT | PAYMENT DATE | CHECK OR WIRE NBR | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|---|---|
| PAIGE D LEE THREE LAKEWAY CENTER, STE 2800 3838 NORTH CAUSEWAY BLVD METAIRIE, LA 70002 | SECRETARY, 0.08% SHAREHOLDER | | | | | |
| | | PAYROLL PAYMENT | 11/14/2014 | | DIRECT DEPOSIT | $11,250.00 |
| | | PAYROLL PAYMENT | 12/01/2014 | | DIRECT DEPOSIT | $11,250.00 |
| | | PAYROLL PAYMENT | 01/01/2015 | | DIRECT DEPOSIT | $11,250.00 |
| | | PAYROLL PAYMENT | 02/01/2015 | | DIRECT DEPOSIT | $11,587.50 |
| | | PAYROLL PAYMENT | 03/01/2015 | | DIRECT DEPOSIT | $11,587.50 |
| | | PAYROLL PAYMENT | 04/01/2015 | | DIRECT DEPOSIT | $11,587.50 |
| | | PAYROLL PAYMENT | 05/01/2015 | | DIRECT DEPOSIT | $11,587.50 |
| | | PAYROLL PAYMENT | 06/01/2015 | | DIRECT DEPOSIT | $11,587.50 |
| | | PAYROLL PAYMENT | 07/01/2015 | | DIRECT DEPOSIT | $11,587.50 |
| | | PAYROLL PAYMENT | 08/01/2015 | | DIRECT DEPOSIT | $11,587.50 |
| | | PAYROLL PAYMENT | 09/15/2015 | | DIRECT DEPOSIT | $5,793.75 |
| | | PAYROLL PAYMENT | 09/30/2015 | | DIRECT DEPOSIT | $5,793.75 |
| | | PAYROLL PAYMENT | 10/15/2015 | | DIRECT DEPOSIT | $5,793.75 |
| | | | | | **SUBTOTAL** | $132,243.75 |
| RAM DEVELOPMENT COMPANY, LLC | | | | | | |
| | | VEHICLES AND | 10/30/2014 | 0000010734 | CHECK | $19,625.14 |
| | | VEHICLES AND | 12/18/2014 | 0000010848 | CHECK | $14,688.04 |
| | | VEHICLES AND | 01/12/2015 | 0000010896 | CHECK | $18,160.39 |
| | | VEHICLES AND | 02/26/2015 | 0000010997 | CHECK | $27,127.78 |
| | | VEHICLES AND | 04/22/2015 | 0000011100 | CHECK | $26,016.90 |
| | | | | | **SUBTOTAL** | $105,618.25 |
| ROBERT E FOX JURA ENERGY CONSULTANTS PO BOX 23540 LEXINGTON, KY 40523 | BOARD MEMBER; 0.24% SHAREHOLDER | | | | | |
| | | BOARD | 11/07/2014 | 0000010767 | CHECK | $2,500.00 |
| | | BOARD | 01/29/2015 | 0000010916 | CHECK | $2,500.00 |
| | | BOARD | 05/08/2015 | 0000011142 | CHECK | $2,500.00 |
| | | BOARD | 07/17/2015 | 0000011277 | CHECK | $2,500.00 |
| | | | | | **SUBTOTAL** | $10,000.00 |

**SOFA 23**

**WITHDRAWALS AND DISTRIBUTIONS TO INSIDERS MADE WITHIN 1 YEAR PRIOR TO FILING**

**RAAM GLOBAL ENERGY COMPANY, CASE NO. 15-35615**

| NAME AND ADDRESS | RELATIONSHIP TO DEBTOR | PURPOSE OF PAYMENT | PAYMENT DATE | CHECK OR WIRE NBR | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|---|---|
| THOMAS M LEWRY THREE LAKEWAY CENTER, STE 2800 3838 NORTH CAUSEWAY BLVD METAIRIE, LA 70002 | BOARD MEMBER; 2.57% SHAREHOLDER | | | | | |
| | | PAYROLL PAYMENT | 11/14/2014 | | DIRECT DEPOSIT | $8,638.01 |
| | | PAYROLL PAYMENT | 12/01/2014 | | DIRECT DEPOSIT | $8,638.01 |
| | | PAYROLL PAYMENT | 01/01/2015 | | DIRECT DEPOSIT | $8,638.01 |
| | | PAYROLL PAYMENT | 02/01/2015 | | DIRECT DEPOSIT | $8,638.01 |
| | | PAYROLL PAYMENT | 03/01/2015 | | DIRECT DEPOSIT | $8,638.01 |
| | | PAYROLL PAYMENT | 04/01/2015 | | DIRECT DEPOSIT | $8,638.01 |
| | | PAYROLL PAYMENT | 05/01/2015 | | DIRECT DEPOSIT | $8,638.01 |
| | | PAYROLL PAYMENT | 06/01/2015 | | DIRECT DEPOSIT | $8,638.01 |
| | | PAYROLL PAYMENT | 07/01/2015 | | DIRECT DEPOSIT | $10,929.67 |
| | | PAYROLL PAYMENT | 08/01/2015 | | DIRECT DEPOSIT | $10,929.67 |
| | | PAYROLL PAYMENT | 09/15/2015 | | DIRECT DEPOSIT | $5,464.84 |
| | | PAYROLL PAYMENT | 09/30/2015 | | DIRECT DEPOSIT | $5,464.84 |
| | | PAYROLL PAYMENT | 10/15/2015 | | DIRECT DEPOSIT | $5,464.84 |
| | | | | | **SUBTOTAL** | $107,357.94 |
| | | | | | **TOTAL** | $2,016,636.96 |