IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **RAAM GLOBAL ENERGY COMPANY,** | § | **CASE NO. 15-35615** |
| *et al.* | § | |
| | § | **(Chapter 11)** |
| | § | |
| DEBTORS. | § | **JOINTLY ADMINISTERED** |

### NOTICE OF FINAL/SOLICITATION VERSIONS OF
### DISCLOSURE STATEMENT, PLAN, BALLOTS, AND NOTICES

**PLEASE TAKE NOTICE** that on December 22, 2015, the Court entered its *Order (I) Approving Disclosure Statement and the Form and Manner of Service Related Thereto; (II) Setting Dates for the Objection Deadline and Hearing Relating to Confirmation of the Plan; and (III) Authorizing Related Relief* [Docket No. 271] (the "Order").  Among other things, the Order approved the form and manner of the Debtors' *Second Amended Disclosure Statement for the Debtors Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (the "Disclosure Statement") regarding the *Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (the "Plan"), the ballots for voting in favor of or against the Plan (the "Ballots"), and the applicable notices to be served (the "Notices").

**PLEASE TAKE FURTHER NOTICE** that (a) in accordance with Paragraph 36 of the Order, (a) the Debtors have made final, non-substantive edits (consisting solely of correcting typographical and grammatical errors, making stylistic and formatting improvements, adding updates of information as may be helpful, and adding revisions announced on the record at the hearing on the Disclosure Statement) to the Disclosure Statement, Plan, Ballots, and Notices, (b)

the final/solicitation versions of the Disclosure Statement, Plan, Ballots, and Notices are attached hereto as **Exhibits A** through **K**, respectively (collectively, the "Final/Solicitation Versions"), and (c) the Final/Solicitation Versions are deemed approved by virtue of this Notice without further notice or hearing.

Dated: December 29, 2015

          Respectfully submitted,

          **VINSON & ELKINS LLP**

By: */s/ Reese A. O'Connor*
    Harry A. Perrin, SBT # 1579800
    John E. West, SBT # 21202500
    Reese A. O'Connor, SBT # 24092910
    First City Tower
    1001 Fannin Street, Suite 2500
    Houston, TX 77002-6760
    Tel:  713.758.2222
    Fax:  713.758.2346
    hperrin@velaw.com; jwest@velaw.com
    roconnor@velaw.com

    and

    William L. Wallander, SBT # 20780750
    Bradley R. Foxman, SBT # 24065243
    Trammell Crow Center
    2001 Ross Avenue, Suite 3700
    Dallas, TX 75201
    Tel:  214.220.7700
    Fax: 214.999.7787
    bwallander@velaw.com; bfoxman@velaw.com

          **ATTORNEYS FOR THE DEBTORS**