IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 15-35615** |
| **RAAM GLOBAL ENERGY COMPANY,** | § | |
| *et al.* | § | (Chapter 11) |
| | § | |
| | § | **JOINTLY ADMINISTERED** |
| DEBTORS. | § | |

**PLAN SUPPLEMENT FOR DEBTORS'
SECOND AMENDED JOINT PLAN OF LIQUIDATION
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

The above-referenced debtors and debtors in possession (the "Debtors") hereby file this *Plan Supplement for Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (the "Plan Supplement") pursuant to Section 14.13 of the *Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (as amended, modified, and supplemented, the "Plan").[1]  The Plan Supplement includes the following exhibits:

| Exhibit | Description | Plan Section |
|---|---|---|
| A | Properties on which ACE American Insurance Company has issued a bond securing, *inter alia*, plugging and abandonment obligations | 4.14 |
| B | Executory contracts and unexpired leases specifically designated as a contract to be assumed upon consent of Highbridge | 6.01 |
| C | Form of Liquidating Trust Agreement | 1.02(90) |
| D | Form of Transition Services Agreement (Liquidating Trustee) | 10.08 |
| E | Gulf of Mexico Federal Oil and Gas Properties | 1.02(82) |
| F | Excluded Parties | 1.02(60) |

---

[1] Capitalized terms that are not defined herein have the meaning set forth in the Plan.

**PLAN SUPPLEMENT FOR DEBTORS' SECOND AMENDED JOINT PLAN
OF LIQUIDATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**
US 3977592v.2

Certain documents, or portions thereof, contained in the Plan Supplement remain subject to continuing negotiations among the Debtors and interested parties with respect thereto. The Debtors reserve all rights to amend, modify, or supplement the Plan Supplement and any of the documents contained therein, in accordance with the terms of the Plan. To the extent material amendments or modifications are made to any of the Plan Supplement documents, the Debtors will file a blackline with the Bankruptcy Court.

Dated: January 4, 2016

      Respectfully submitted,

      **VINSON & ELKINS LLP**

      By:  */s/ Reese A. O'Connor*
      Harry A. Perrin, SBT # 1579800
      John E. West, SBT # 21202500
      Reese A. O'Connor, SBT # 24092910
      First City Tower
      1001 Fannin Street, Suite 2500
      Houston, TX 77002-6760
      Tel:  713.758.2222
      Fax:  713.758.2346
      hperrin@velaw.com; jwest@velaw.com
      roconnor@velaw.com

      and

      William L. Wallander, SBT # 20780750
      Bradley R. Foxman, SBT # 24065243
      Trammell Crow Center
      2001 Ross Avenue, Suite 3700
      Dallas, TX 75201
      Tel:  214.220.7700
      Fax: 214.999.7787
      bwallander@velaw.com; bfoxman@velaw.com

      **ATTORNEYS FOR THE DEBTORS**