IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 15-35615 |
| **RAAM GLOBAL ENERGY COMPANY,** | § | |
| *et al.* | § | (Chapter 11) |
| | § | |
| | § | JOINTLY ADMINISTERED |
| DEBTORS. | § | |

### NOTICE REGARDING AUCTION

**PLEASE TAKE NOTICE** that no Qualified Bids[1] were received by the above-captioned debtors and debtors in possession. Accordingly, no Auction will take place absent the receipt of any bids hereafter that may be deemed Qualified Bids in accordance with the Bidding Procedures.

---

[1] Capitalized terms not defined herein have the meaning set forth in the *Order Authorizing and Approving (a) Stalking Horse Purchase Agreement, (b) Bidding Procedures, (c) Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases, and (d) Related Relief* [Docket No. 180] or the Bidding Procedures annexed thereto.

**NOTICE REGARDING AUCTION**
US 3984815v.2

Dated: January 8, 2016

        Respectfully submitted,

        **VINSON & ELKINS LLP**

By:  */s/ Reese A. O'Connor*
      Harry A. Perrin, SBT # 1579800
      John E. West, SBT # 21202500
      Reese A. O'Connor, SBT # 24092910
      First City Tower
      1001 Fannin Street, Suite 2500
      Houston, TX 77002-6760
      Tel:  713.758.2222
      Fax:  713.758.2346
      hperrin@velaw.com; jwest@velaw.com
      roconnor@velaw.com

      and

      William L. Wallander, SBT # 20780750
      Bradley R. Foxman, SBT # 24065243
      Trammell Crow Center
      2001 Ross Avenue, Suite 3700
      Dallas, TX 75201
      Tel:  214.220.7700
      Fax: 214.999.7787
      bwallander@velaw.com; bfoxman@velaw.com

      **ATTORNEYS FOR THE DEBTORS**