IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 15-35615 |
| RAAM GLOBAL ENERGY COMPANY, | § | |
| *et al.* | § | (Chapter 11) |
| | § | |
| | § | JOINTLY ADMINISTERED |
| DEBTORS. | § | |

### SECOND AMENDMENT TO PLAN SUPPLEMENT FOR DEBTORS' SECOND AMENDED JOINT PLAN OF LIQUIDATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

The above-referenced debtors and debtors in possession (the "Debtors") hereby file this *Second Amendment to Plan Supplement for Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (the "Second Amendment to Plan Supplement") pursuant to Section 14.13 of the *Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (as amended, modified, and supplemented, the "Plan").[1] This Second Amendment to Plan Supplement supplements the form of Liquidating Trust Agreement, attached as **Exhibit C** to the *Plan Supplement for Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 299] (the "Plan Supplement") by replacing such form of Liquidating Trust Agreement with the Liquidating Trust Agreement attached as **Exhibit 1** thereto. A redline showing changes to the Liquidating Trust Agreement is attached hereto as **Exhibit 2**. This Second Amendment to Plan Supplement further provides notice that the initial members of the Liquidating Trust Committee are Greg White, Jeff Fitts,

---

[1] Capitalized terms that are not defined herein have the meaning set forth in the Plan or the Liquidating Trust Agreement, as applicable.

**SECOND AMENDMENT TO PLAN SUPPLEMENT FOR DEBTORS' SECOND AMENDED JOINT PLAN OF LIQUIDATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**
US 3994814v.1

and Monty Kehl and the initial members of the Litigation Committee are Greg White and Jeff Fitts.

The Debtors reserve all rights to further amend, modify, or supplement the Plan Supplement and any of the documents contained therein, in accordance with the terms of the Plan.

Dated: January 15, 2016

                Respectfully submitted,

                **VINSON & ELKINS LLP**

                By:  */s/ Reese A. O'Connor*
                      Harry A. Perrin, SBT # 1579800
                      John E. West, SBT # 21202500
                      Reese A. O'Connor, SBT # 24092910
                      First City Tower
                      1001 Fannin Street, Suite 2500
                      Houston, TX 77002-6760
                      Tel:  713.758.2222
                      Fax:  713.758.2346
                      hperrin@velaw.com; jwest@velaw.com
                      roconnor@velaw.com

                      and

                      William L. Wallander, SBT # 20780750
                      Bradley R. Foxman, SBT # 24065243
                      Trammell Crow Center
                      2001 Ross Avenue, Suite 3700
                      Dallas, TX 75201
                      Tel:  214.220.7700
                      Fax: 214.999.7787
                      bwallander@velaw.com; bfoxman@velaw.com

                **ATTORNEYS FOR THE DEBTORS**