IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 15-35615 |
| RAAM GLOBAL ENERGY COMPANY, | § | |
| *et al.* | § | (Chapter 11) |
| | § | |
| | § | JOINTLY ADMINISTERED |
| DEBTORS. | § | |

**NOTICE OF FILING OF PROPOSED ORDERS
FOR HEARING ON JANUARY 19, 2016**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit the following:

(a) proposed *Order (a) Approving Offer to Purchase, (b) Authorizing the Debtors to Sell Oil and Gas Properties in California Free and Clear of All Rights, Liens, Claims, Interests, and Encumbrances, and (c) Granting Related Relief*, attached hereto as **Exhibit A**;

(b) proposed *Order (i) Authorizing and Approving the Debtors to Sell Substantially All of Their Property Free and Clear of All Rights, Liens, Claims, Interests, and Encumbrances, (ii) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (iii) Granting Related Relief*, attached hereto as **Exhibit B**, with a redline thereof to the version attached to the applicable motion attached hereto as **Exhibit C**; and

(c) proposed *Order Confirming Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code*, attached hereto as **Exhibit D**.

**PLEASE TAKE FURTHER NOTICE** that the proposed orders set forth above are subject to change and certain provisions are still being negotiated.

Dated: January 18, 2016

         Respectfully submitted,

         **VINSON & ELKINS LLP**

         By: */s/ Reese A. O'Connor*
            Harry A. Perrin, SBT # 1579800
            John E. West, SBT # 21202500
            Reese A. O'Connor, SBT # 24092910
            First City Tower
            1001 Fannin Street, Suite 2500
            Houston, TX 77002-6760
            Tel: 713.758.2222
            Fax: 713.758.2346
            hperrin@velaw.com; jwest@velaw.com
            roconnor@velaw.com

         and

         William L. Wallander, SBT # 20780750
         Bradley R. Foxman, SBT # 24065243
         Trammell Crow Center
         2001 Ross Avenue, Suite 3700
         Dallas, Texas 75201
         Tel: 214.220.7700
         Fax: 214.999.7787
         bwallander@velaw.com; bfoxman@velaw.com

         **ATTORNEYS FOR THE DEBTORS**