**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No.: 15-35615 |
| RAAM GLOBAL ENERGY COMPANY, *et al.*,[1] | § | |
| | § | Chapter 11 |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |
| | § | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF HURON CONSULTING SERVICES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD NOVEMBER 10, 2015 THROUGH MARCH 31, 2016**

Upon the application (the "Fee Application")[2] of Huron Consulting Services LLC ("Huron"), as financial advisors to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases, for approval, allowance, and payment of compensation of fees for actual and necessary professional services totaling $164,403.75 rendered during the period from November 10, 2015 through March 31, 2016 (the "Application Period") and reimbursement of actual and necessary expenses totaling $2,333.22 incurred during the Application Period; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Fee Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Fee Application having been provided to the necessary parties; and it appearing that no other or further notice

---

[1] The Debtors in these cases, and each of their respective last four digits of each Debtor's federal tax identification number, are: RAAM Global Energy Company (2973); Century Exploration New Orleans, LLC (4948); Century Exploration Houston, LLC (9624); and Century Exploration Resources, LLC (7252).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Fee Application.

need be provided; and a hearing having been held to consider the relief requested in the Fee Application (the "Hearing"); and the appearances of all interested parties having been noted on the record of the Hearing; and upon the record of the Hearing and all of the proceedings had before the Court; and the Court having determined that the relief sought in the Fee Application is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Fee Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED THAT:**

1.      The Fee Application is approved, and the fees and expenses requested in the Fee Application are allowed on a final basis in the amount of $164,403.75 for payment of compensation and $2,333.22 for reimbursement for expenses incurred by Huron as financial advisor for the Committee during the Application Period.[3]

2.      The Liquidating Trustee is authorized and directed to pay Huron's "holdbacks" from the Interim Fee Statements submitted during the Application Period.

3.      The Liquidating Trustee is authorized and directed to pay Huron's approved fees and expenses for the Application Period, less any amounts previously or hereafter paid for such fees and expenses under the terms of the Interim Compensation Order.

4.      The Liquidating Trustee is authorized and directed to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Fee Application.

---

[3]      Huron's fees include $12,000 for services rendered by Huron from February 1, 2016 through March 28, 2016, as such fees have been agreed to by the United States Trustee.

5.      Notwithstanding Bankruptcy Rule 6004, this Order shall be immediately effective and enforceable upon its entry, and the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

Dated: _____

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE